UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMMAD MANSOUR and MARK MOSES,<br><br>Plaintiffs,<br><br>v.<br><br>FACTORY DIRECT OF SECAUCUS, LLC d/b/a ASHLEY FURNITURE HOMESTORE,<br><br>Defendant. | Case No. 13-cv-2443 (DMC)(MF) |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Michael R. Olszak, Esquire, of the law firm of Archer & Greiner, A Professional Corporation, as attorney for Defendants, Factory Direct of Secaucus, LLC d/b/a Ashley Furniture, in the above-captioned matter.

                                  **ARCHER & GREINER, P.C.**

                                  Court Plaza South, West Wing
                                  21 Main Street, Suite 353
                                  Hackensack, New Jersey 07601-7095
                                  Attorneys for Defendants

                            By:   */s/ Michael R. Olszak*
                                    MICHAEL R. OLSZAK, ESQUIRE

Dated: September 13, 2013

10200501v1