ARCHER & GREINER, P.C.
A Professional Corporation
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601-7095
(201) 342-6000
**Attorneys for Defendant Factory Direct of Secaucus, LLC d/b/a Ashley Furniture Homestore**
BY:   STEVEN B. HARZ, ESQUIRE (SH-2219)
      TRACY ASPER WOLAK, ESQUIRE (TW-0797)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMMAD MANSOUR and MARK MOSES, <br><br> Plaintiffs, <br><br> vs. <br><br> FACTORY DIRECT OF SECAUCUS, LLC d/b/a ASHLEY FURNITURE HOMESTORE, <br><br> Defendant. | CIVIL ACTION <br><br> No. 13-cv-2443 (DMC-JC) <br><br> Electronically Filed |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Factory Direct of Secaucus, LLC d/b/a Ashley Furniture Homestore ("Ashley"), hereby provides the Court with this Corporate Disclosure Statement:

No publicly-held company owns 10% or more of Factory Direct of Secaucus, LLC d/b/a Ashley Furniture Homestore's, stock.

                                             **ARCHER & GREINER, P.C.**
                                             Court Plaza South, West Wing
                                             21 Main Street, Suite 353
                                             Hackensack, New Jersey 07601-7095
                                             Attorneys for Defendants

                                             By:   */s/ Steven B. Harz*
                                                      STEVEN B. HARZ, ESQUIRE
                                                      TRACY ASPER WOLAK, ESQUIRE

Dated:  September 19, 2013

10221751v1