United States District Court
for the District of New Jersey

_____
                                                      :
MOHAMMAD MANSOUR, et al      :
      Plaintiff,                       :     Civil No. 13cv2443(SDM)(MCA)

      vs.                                   :
                                         Order of Reassignment

FACTORY DIRECT OF SECAUCUS, LLC
      Defendant(s).
_____ :

It is on this   30th   day of  April  2014 ,

    O R D E R E D that the entitled action is reassigned from Judge Stanley R. Chesler to Judge Susan D. Wigenton.

                                        s/Jerome B. Simandle
                                  Jerome B. Simandle, Chief Judge
                                  United States District Court