# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

May 5, 2014

Dennis R. Glatter, Esq.
The Ottinger Firm, P.C.
20 West 55th Street, 6th Floor
New York, NY 10019

Daniel C. Ritson, Esq.
Archer & Greiner, P.C.
21 Main Street, Suite 353
Court Plaza South, West Wing
Hackensack, NJ 07601

## LETTER ORDER

Re:  **Mansour, et al. v. Factory Direct of Secaucus, LLC**
     **Civil Action Nos. 13-2443 (SDW)**

Dear Counsel:

A settlement conference is scheduled for **Tuesday, June 24, 2014 at 10:30 a.m.** One week prior to the conference, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients will full settlement authority shall be present at the conference or available by telephone.

**SO ORDERED.**

                                                *s/Madeline Cox Arleo*
                                                **MADELINE COX ARLEO**
                                                **United States Magistrate Judge**

cc:  Clerk
     Hon. Susan D. Wigenton, U.S.D.J.
     File