UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MOHAMMAD MANSOUR and MARK MOSES,

    Plaintiffs,

v.

FACTORY DIRECT OF SECAUCUS, LLC d/b/a ASHLEY FURNITURE HOMESTORE,

    Defendant.

Case No. 13 Civ. 2443 (SDW)(MCA)

[~~PROPOSED~~] ORDER GRANTING
*PRO HAC VICE*

    This motion having been opened to the Court by The Ottinger Firm, P.C., attorneys for Plaintiffs Mohammad Mansour and Mark Moses, upon their application for an order admitting George D. Vallas, attorney-at-law of the state of New York, *pro hac vice*, and the Court having considered the motion and good cause having been shown:

    **IT IS on this** 15 **day of** May **, 2014, ORDERED as follows:**

    1.    George D. Vallas is admitted *pro hac vice* to appear in this matter on behalf of Plaintiffs.

    2.    George D. Vallas is required to abide by the rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any other court.

    3.    George D. Vallas is deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against his law office that may arise out of its participation in this matter.

4. Denise Rubin Glatter of The Ottinger Firm, P.C., a member of the bar of this Court, has entered an appearance in this case and shall serve as counsel of record in accordance with Local Civil Rule 101.1(c)(4).

5. In accordance with Local Civil Rule 101.1(c)(2), George D. Vallas shall make timely payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

6. In accordance with Local Civil Rule 101.1(c)(3), George D. Vallas shall make payment in the amount of $150.00 to the Clerk, United States District Court for the District of New Jersey.

Dated: May 15, 2014
Newark, New Jersey

_____
THE HONORABLE MADELINE C. ARLEO
UNITED STATES MAGISTRATE JUDGE