IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MOHAMMAD MANSOUR and MARK MOSES,<br><br>                                    Plaintiffs,<br><br>v.<br><br>FACTORY DIRECT OF SECAUCUS, LLC d/b/a ASHLEY FURNITURE HOMESTORE,<br><br>                                    Defendants. | ECF CASE<br><br>Civil Action No. 13-cv-2443-SDW-SCM<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney with the law firm of Archer &
Greiner, P.C., hereby appears in the above-captioned case as attorney for Defendant, Factory
Direct of Secaucus, LLC d/b/a Ashley Furniture Homestore, and requests that all notices and all
papers served or required to be served in this case be given to and served upon the following:

Michael S. Horn, Esq.
**ARCHER & GREINER, P.C.**
Court Plaza South - West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601
Phone: (201) 342-6000
Fax:  (201) 342-6611
Email:  mhorn@archerlaw.com

**ARCHER & GREINER, P.C.**
Attorneys for Defendant

By:     /s/ Michael S. Horn
          Michael S. Horn

Dated: January 30, 2015