From:                                                                                08/07/2012 13:47    #349 P.003/013

## PARAMUS POLICE DEPARTMENT
CARLOUGH DRIVE
201-262-3400
PARAMUS, NJ 07652

**INVESTIGATION REPORT**
Municipal Code: 0246
ORI: NJ0024600

| DEPARTMENT CASE NUMBER | MUN. CODE | PHONE NUMBER | UCR | DEPARTMENT ARREST NUMBER | | |
|---|---|---|---|---|---|---|
| I-2012-034398 | 0246 | 201-262-3400 | | | | |

| CRIME/INCIDENT | | NJS | | VICTIM NAME (Last Name, First Name, MI) | | DOB |
|---|---|---|---|---|---|---|
| THEFT | | 2C:20-3 [0600] | | HUFFMAN KOOS | | |
| | | | | SSN NO. | AGE | SEX | RACE | ETHNICITY |

| DATE | BETWEEN | HOUR | MONTH | DAY | YEAR | VICTIM'S HOME ADDRESS | PHONE |
|---|---|---|---|---|---|---|---|
| AND | ☐ | 12:00 | 04 | 27 | 2012 | 461 N ROUTE 17 SB, PARAMUS BORO NJ 07652 | |
| TIME | | 21:00 | 05 | 27 | 2012 | | |

| CRIME/INCIDENT LOCATION | | | EMPLOYER | PHONE |
|---|---|---|---|---|
| HUFFMAN KOOS FURNITURE GALLERY - 461 N ROUTE 17 SB, PARAMUS BORO NJ 07652 | | | | |

| MUNICIPALITY | COUNTY | CODE | PERSON REPORTING CRIME | DATE AND TIME |
|---|---|---|---|---|
| PARAMUS BORO | BERGEN | 0246 | TORPE, JIM | 07/27/2012 15:03 |

| TYPE OF PREMISES | WEAPONS-TOOLS | ADDRESS | PHONE |
|---|---|---|---|
| Commercial | | HUFFMAN KOOS FURNITURE GALLERY - 461 N ROUTE 17 SB, PARAMUS BORO NJ 07652 | 201-225-0999 |

MODUS OPERANDI

| VEHICLE | YEAR | MAKE | MODEL | BODY TYPE | COLOR | REG. PLATE-STATE | VIN | VEHICLE VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| VALUE STOLEN PROPERTY | CURRENCY | JEWELRY | FURS | CLOTHING | AUTO | MISC. |
|---|---|---|---|---|---|---|

| TOTAL VALUE STOLEN | TOTAL VALUE RECOVERED | TELETYPE ALARM | TECHNICAL SERVICES | TECHNICAL AGENCY |
|---|---|---|---|---|
| $0.00 | | | | |

| WEATHER | SIC | NIC | ASSISTING AGENCIES |
|---|---|---|---|

| NO. OF ACCUSED | ADULT | JUVENILE | STATUS CRIME | STATUS CASE | UCR STATUS | DATE CLEARED |
|---|---|---|---|---|---|---|
| 1 | 1 | | | | | |

NARRATIVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PARTIES INVOLVED \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ROLE: Accused | NAME: MONSOUR, MOHAMMAD | HOME ADDRESS: 209 9TH STREET, FAIRVIEW NJ 07022 | HOME PHONE: 201-941-8287 | HOME ALT. PHONE: 201-844-2205 | SEX: M | DOB: 02/06/1970 | AGE: 42 | SSN: 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 | RACE: WHITE | HAIR COLOR: BROWN | COMPLEXION: FAIR | HEIGHT: 5' 11" | WEIGHT: 160

ROLE: Complainant | NAME: TORPE, JIM | HOME ADDRESS: HUFFMAN KOOS FURNITURE GALLERY - 461 N ROUTE 17 SB, PARAMUS BORO NJ 07652 | HOME PHONE: 201-225-0999

ON 7/27/2012, THIS DETECTIVE MET WITH HUFFMAN KOOS REPRESENTATIVE JIM TORPEY REGARDING AN EMPLOYEE THEFT THAT OCCURRED ON 4/4/12 AND 5/21/12 AT THE HUFFMAN KOOS STORE IN PARAMUS. MR. TORPEY REPORTED THAT ON 4/4/12, FORMER EMPLOYEE MOHAMMAD MONSOUR, MANIPULATED THE COMPUTER SYSTEM TO UNDER RING A SALE, SUBSEQUENTLY TAKING $400 IN US CURRENCY. MR. TORPEY REPORTED THAT ON 5/21/2012, MR. MONSOUR RANG A SALE IN DEMO MODE, AND ALLOWED $899.00 WORTH OF MERCHANDISE TO LEAVE THE STORE AND BE DELIVERED TO AN ACQUAINTANCES ADDRESS (SEE STORE REPORT FOR FURTHER DETAIL). MR. TORPEY SIGNED COMPLAINT #'S S-2012-000838 AND S-2012-000839 AGAINST MR. MONSOUR.

ON 7/27/2012, THIS DETECTIVE SPOKE TO MOHAMMAD MONSOUR WHO AGREED TO COME INTO POLICE HEADQUARTERS ON THIS DATE. MR. MONSOUR ARRIVED AT APPROXIMATELY 1900 HOURS, AND WAS FINGERPRINTED AND PHOTOGRAPHED BY BCI. HE WAS CHARGED WITH THEFT AND RELEASED ON HIS OWN RECOGNIZANCE. IT SHOULD BE NOTED THAT MR. MANSOUR DENIED ANY WRONGDOING TO DET. MCELLEN AND DET. TEEHAN AS THEY PROCESSED HIM.

CASE CLOSED BY ARREST.

| NAME | | DATE OF REPORT | REVIEWED BY | | SIGNATURE |
|---|---|---|---|---|---|
| DETECTIVE UDIS, CHRISTINE | 0378 | 07/27/2012 | D/SGT. OLIVE, ROBERT | 0359 | |


EXHIBIT
Mansour 1
6/29/14

D41

From:                                                          08/07/2012 13:48      #349 P.004/013

## PARAMUS POLICE DEPARTMENT
CARLOUGH DRIVE
PARAMUS, NJ 07652
201-262-3400

**ADULT ARREST REPORT**
Municipal Code: 0246
ORI: NJ0024600

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2012-034398 | 8 - THEFT | 07/27/2012 | 15:03 | HUFFMAN KOOS FURNITURE GALLERY - 461 N ROUTE 17 SB, PARAMUS BORO NJ 07652 |

### DEFENDANT INFORMATION — ARREST NUMBER

| LAST NAME | FIRST NAME | MI | SUFFIX | HOME PHONE |
|---|---|---|---|---|
| MONSOUR | MOHAMMAD | | | 201-941-8287 |

| ALIAS/NICKNAMES | ALTERNATE PHONE | CELL PHONE / PAGER |
|---|---|---|
| | | 201-844-2205 |

| DEFENDANT'S ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 209 9TH STREET | | | FAIRVIEW | NJ | 07022 |

| SEX | RACE | DOB | AGE | SOCIAL SECURITY # | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| M | WHITE | 02/06/1970 | 42 | 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 | 5' 11" | 160 |

| HAIR COLOR | EYE COLOR | COMPLEXION | MARITAL STATUS | ETHNICITY | US CITIZEN | RESIDENCY STATUS |
|---|---|---|---|---|---|---|
| BRO | BLU | FAR | | NON-HISPANIC | Y | |

| PLACE OF BIRTH (CITY) | STATE (COUNTRY IF NOT BORN IN US) | SCARS / MARKS / TATTOOS |
|---|---|---|
| ISRAEL | | |

| SBI # | FBI # | CBI # | DRIVER'S LICENSE # | D/L STATE | D/L EXPIRE |
|---|---|---|---|---|---|

| EMPLOYER / SCHOOL | OCCUPATION / GRADE | PHONE | ADDRESS |
|---|---|---|---|

| NAME OF NEAREST RELATIVE | RELATIONSHIP | PHONE | ADDRESS |
|---|---|---|---|

### ARREST DETAILS  ☐ WARRANT  ☐ ON VIEW ARREST  ☑ SUMMONS  ☑ PHOTOGRAPHED  ☑ FINGERPRINTED

| TYPE OF WARRANT | AGENCY'S OCA | LOCATION OF ARREST | DATE / TIME OF ARREST |
|---|---|---|---|
| Arrest Warrant | PARAMUS POLICE D | 461 N ROUTE 17 SB, PARAMUS BORO, NJ 07652 | 7/27/2012 19:00 |

| NCIC WANTS | ATS / ACS WANTS | IF WANTED, NAME OF AGENCY | AGENCY'S OCA | WARRANT # | DATE/TIME CONFIRMED | PERSON CONFIRMING WARRANT |
|---|---|---|---|---|---|---|

| MIRANDA GIVEN | MIRANDA GIVEN BY | DATE/TIME GIVEN | WITNESSED BY | STATEMENT GIVEN |
|---|---|---|---|---|
| Y | DET. MCELLEN, CRAIG 0389 | 7/27/2012 19:10 | DET. TEEHAN, JAMES 0375 | None |

### OFFENSE DETAILS   ☐ GANG RELATED   ☐ BIAS MOTIVATION   ☐ DOMESTIC VIOLENCE

| # | CDR # / M.V. SUMMONS # | OFFENSE | N.J. STATUTE / ORDINANCE |
|---|---|---|---|
| 1 | S-2012-000838 | THEFT | 2C:20-3 [0600] |
| 2 | S-2012-000839 | THEFT | 2C:20-3 [0600] |
| 3 | | | |

| LOCATION OF OFFENSE | DATE/TIME OF OFFENSE | MUNICIPAL CODE | UCR CODE |
|---|---|---|---|
| HUFFMAN KOOS FURNITURE GALLERY - 461 N ROUTE 17 SB, PARAMUS BORO NJ 07652 | 4/4/2012 12:00 | NJ0024600 | |

| COMPLAINANT ☐OFFICER ☑VICTIM | LAST NAME | FIRST NAME | POLICE AGENCY/ADDRESS | AGENCY / VICTIM PHONE |
|---|---|---|---|---|
| | TORPE | JIM | 461 N ROUTE 17 SB PARAMUS BORO, NJ 07652 | 201-225-0999 |

### VEHICLE INFORMATION  ☐ NOT APPLICABLE  ☐ OWNER SAME AS DEFENDANT  ☐ VEHICLE IMPOUNDED

| VEHICLE MAKE | MODEL | YEAR | COLOR | LICENSE PLATE | STATE REG. | REG. EXPIRE | VIN | MUGSHOT |
|---|---|---|---|---|---|---|---|---|

### NARRATIVE / ADDITIONAL CHARGES

### ADMINISTRATIVE

| AFIS ☐YES ☐NO | AFIS ID MATCHES DEFENDANT ☐YES ☐NO | BAIL SET BY | DATE/TIME BAIL SET | CASH BAIL AMOUNT | SURETY BOND |
|---|---|---|---|---|---|

| ADDITIONAL CONDITIONS OF BAIL | DISPOSITION OF DEFENDANT | BAIL PLACED IN PROPERTY LOCKER # |
|---|---|---|
| | Released ROR | |

| SUBMITTING OFFICER'S SIGNATURE | DATE | SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|---|
| | 7/27/2012 | | |

| REPORT SUBMITTED BY | REPORT APPROVED BY |
|---|---|
| DETECTIVE UDIS, CHRISTINE 0378 | DETECTIVE UDIS, CHRISTINE 0378 |

Page 1 Of 1

From:                                                                 08/07/2012 13:49      #348 P.006/015

# PARAMUS POLICE DEPARTMENT
## PARAMUS, NEW JERSEY

DATE: 7/27/12                                         TIME: 1918

PLACE: _____          ☒ Paramus Detective Division

CASE NO: 12-34398

Before you are asked any questions, you must be advised of your constitutional rights:

1. You have the right to remain silent and to refuse to answer any questions. Do you understand that?

   Answer: Yes   MM

2. Anything you say can and will be used against you in a court of law. Do you understand that?

   Answer: Yes   MM

3. You have the right to talk to an attorney at any time and have him present with you while you are being questioned. Do you understand that?

   Answer: Yes   MM

4. If you cannot afford to hire an attorney, one will be appointed to represent you before any questioning, if you wish one. Do you understand that?

   Answer: Yes   MM

5. You may stop answering questions or request an attorney at any time. Do you understand that?

   Answer: Yes   MM

Print Name: X Mohammad Mansour           Witness: [signature] #389

Signed: X [signature]                     Witness: _____

D43

From:                                                                    08/07/2012 13:58     8349 P.012/013

## COMPLAINT-SUMMONS

| COMPLAINT NUMBER | THE STATE OF NEW JERSEY VS. |
|---|---|
| 0246 S 2012 000838 | MOHAMMAD MONSOUR |
| COURT CODE / PFX / YEAR / SEQUENCE NO. | ADDRESS: 209 9TH STREET |
| PARAMUS BORO MUNICIPAL COURT<br>JOCKISH SQUARE<br>PARAMUS    NJ  07652<br>(201) 265-2100   COUNTY OF: BERGEN | FAIRVIEW                           NJ  07022 |

| # of CHARGES | CO-DEFTS | POLICE CASE #: 12-34398 | DEFENDANT INFORMATION |
|---|---|---|---|
| 1 | | | SEX: M   EYE COLOR: BROWN   DOB: 02-06-1970   DL STATE: |

COMPLAINANT NAME: JIM TORPEY
HUFFMAN KOOS
125 SOUTH STREET
PASSAIC        NJ    07055

DRIVER'S LIC. #:
SOCIAL SECURITY #: 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   SBI #:
TELEPHONE #: (201) 941-8287

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04-04-2012 in PARAMUS BORO, BERGEN County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF THEFT BY UNLAWFULLY TAKING OR EXERCISING CONTROL OVER CERTAIN MOVEABLE PROPERTY, TO WIT, $400.00 IN US CURRENCY BELONGING TO HUFFMAN KOOS INC. WITH THE INTENT TO DEPRIVE THE OWNER THEREOF, SPECIFICALLY BY CHANGING THE PRICE OF MERCHANDISE TO INTENTIONALLY UNDER REPORT A CUSTOMER DEPOSIT, A 4TH DEGREE CRIME.

in violation of:

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:20-3A | | |
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____    Date: 7/27/12

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF SUMMONS

☐ Probable cause IS NOT found for the issuance of this complaint:

_____ _____  _____ _____
Signature of Court Administrator or Deputy Court Administrator   Date     Signature of Judge     Date

☒ Probable cause IS found for the issuance of this complaint-summons:

YOU ARE HEREBY SUMMONED to appear before this court to answer this complaint. If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

DATE TO APPEAR: 08-08-2012   TIME: 3:30pm    _____ 7/30/12
                                              Signature and Title of Judicial Officer determining PC & Issuing Summons / Date

☐ Domestic Violence – Confidential      ☐ Related Traffic Tickets or Other Complaints      ☐ Serious Personal Injury/Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

POLICE COPY
Page 5 of 7                NJ/CDR2-9/3/20

D50

From:                                                                                                08/07/2012 15:58    #349 P.013/013

## COMPLAINT - SUMMONS

**COMPLAINT NUMBER:** 0246 S 2012 000839

**COURT CODE** | **TYPE** | **YEAR** | **SEQUENCE NO.**

PARAMUS BORO MUNICIPAL COURT
JOCKISH SQUARE
PARAMUS         NJ   07652
(201) 265-2100   COUNTY OF: BERGEN

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 12-34398 |

COMPLAINANT NAME: JIM TORPEY
HUFFMAN KOOS
125 SOUTH STREET
PASSAIC          NJ  07055

**THE STATE OF NEW JERSEY**
**VS.**
MOHAMMAD MONSOUR

ADDRESS: 209 9TH STREET

FAIRVIEW          NJ  07022

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 02-06-1970
DRIVER'S LIC. #:                                DL STATE:
SOCIAL SECURITY #: 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   SBI #:
TELEPHONE #: (201) 941-8287

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 05-21-2012 in PARAMUS BORO, BERGEN County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE OFFENSE OF THEFT BY UNLAWFULLY TAKING OR EXERCISING CONTROL OVER CERTAIN MOVEABLE PROPERTY, TO WIT, $899.00 IN US CURRENCY BELONGING TO HUFFMAN KOOS INC. WITH THE INTENT TO DEPRIVE THE OWNER THEREOF, SPECIFICALLY BY ALLOWING UNPAID MERCHANDISE TO LEAVE THE STORE AND BE DELIVERED TO AN AQUAINTANCE, A 4TH DEGREE CRIME.

PROBABLE CAUSE: VICTIM STATEMENT TO THE POLICE.

**in violation of:**

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:20-3A | | |
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _[signature]_                                                               Date: 7/27/12

**PROBABLE CAUSE DETERMINATION AND ISSUANCE OF SUMMONS**

☐ Probable cause IS NOT found for the issuance of this complaint:

Signature of Court Administrator or Deputy Court Administrator   Date    Signature of Judge   Date

☑ Probable cause IS found for the issuance of this complaint-summons:

YOU ARE HEREBY SUMMONED to appear before this court to answer this complaint. If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

DATE TO APPEAR: 08-08-2012   TIME: 3:30pm

_[signature]_ 7/30/12
Signature and Title of Judicial Officer determining PC & Issuing Summons   Date

☐ Domestic Violence – Confidential    ☐ Related Traffic Tickets or Other Complaints    ☐ Serious Personal Injury/Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

POLICE COPY

Page 5 of 7                                                                       NJ/CDR2 8/1/2005

D51