*Received 3510 For Rights JP - Deposit 4/26*

# Adult Presentence Report
## Superior Court of New Jersey, HUDSON County

This report shall remain confidential and copies thereof shall not be made nor the disclosure of the contents of such report be made to third persons except as may be necessary in subsequent court proceedings involving the sentence imposed or disposition made.

| Field | Value |
|---|---|
| LAST NAME | MANSOUR |
| FIRST NAME | MOHAMMAD |
| MIDDLE NAME | K |
| ALSO KNOWN AS | MOHAMED MONSOUR (Cont...) |
| SEX | ☑ M ☐ F |
| DATE OF BIRTH | 02/06/1970 |
| AGE | 43 |
| PLACE OF BIRTH | ISRAEL |
| RACE | Palestine |
| SOCIAL SECURITY NUMBER | 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 |
| DRIVER'S LICENSE NUMBER | NJ-M04735607202704 |
| EYE COLOR | Blue |
| ADDRESS | 209 9TH STREET 2ND FL, FAIRVIEW |
| STATE | NJ |
| ZIP CODE | 07022 |
| RESIDENCE PHONE | (201) 941-8287 |
| INDICTMENT / ACCUSATION / COMPLAINT NUMBER | 12-07-01375-I |
| PROMIS NUMBER | 12 000665-001 |
| SPN | 121234 |
| SBI # | 926854B |
| FBI # | 164794VA4 |

**ORIGINAL CHARGES**
1. THEFT BY UNLAW TAKING, 2C:20-3, DEG:3;

**FINAL CHARGES**
1. THEFT BY UNLAW TAKING, 2C:20-3, DEG:3;

**PLEA AGREEMENT / SPECIAL FACTORS** ☐ Trial ☑ Plea
State to ask for Probation Sentence; Defendant to ask for straight probation with restitution on sentence day

**MANDATORY MINIMUM SENTENCE PURSUANT TO N.J.S.A. 2C:**
☐ 11-3 ☐ 11-5 ☐ 12-2 ☐ 13-1
☐ 14-6 ☐ 15-2 ☐ 17-1 ☐ 20-11
☐ 29-6 ☐ 35-3 ☐ 35-4 ☐ 35-5
☐ 35-6 ☐ 35-7 ☐ 35-8 ☐ 39-10
☐ 43-6 ☐ 43-7 ☐ 43-7.1 ☐ 43-7.2

| OFFENSE DATE | ARREST DATE | PLEA/CONVICTION DATE | SENTENCE DATE | |
|---|---|---|---|---|
| 01/02/2012 | 01/02/2012 | 02/25/2013 | 04/12/2013 | ☐ Pending Charges ☐ Detainers |

**CUSTODIAL STATUS:** ☑ ROR ☐ BAIL ☐ JAIL
**BAIL AMOUNT:** .00
**DATE BAIL POSTED:**
**INTERPRETER NEEDED:** ☐ YES ☑ NO
**LANGUAGE:**

### Jail Time Credit
| FROM (DATE) | TO (DATE) | TOTAL JAIL TIME CREDIT DAYS |
|---|---|---|
| | | |

### Gap Time Credit
| FROM (DATE) | TO (DATE) | TOTAL GAP TIME CREDIT DAYS |
|---|---|---|
| | | |

☐ Public Defender ☐ Private ☐ Assigned

| Field | Value |
|---|---|
| SENTENCING JUDGE | John A. Young, Jr. |
| ASSISTANT PROSECUTOR | CHRISTINA KRAUTHAMER |
| DEFENSE ATTORNEY | SAMUEL R DELUCA |
| ADDRESS | 3451 KENNEDY BLVD, JERSEY CITY, NJ 07307 |
| PHONE NUMBER | (201) 653-7200 |
| COMMENTS | |
| PROBATION OFFICER | JENNIFER CARRION |
| DATE PREPARED | |
| TEAM LEADER / SUPERVISOR | PATRICIA PAINE |
| DATE APPROVED | |

Revised: 01/2006, CN: 10593-english

*Prob 3 yrs - [handwritten notes]*

HUD201365129 Apr 11, 2013 9:28:18 AM jujola0

CONFIDENTIAL                    MANSOUR-0169

## Additional Information

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| MANSOUR | MOHAMMAD | K |
| INDICTMENT / ACCUSATION / COMPLAINT NUMBER | PROMIS NUMBER | SBI # |
| 12-07-01375-I | 12 000665-001 | 926854B |

Additional Info, Page 1

ALSO KNOWN AS

----------------------------------------------------------------

MOHAMMED K MANSOUR
MIKE MANSOUR

Revised: 01/2006, CN: 10693-english

HUD201365129    Apr 11, 2013 9:28:18 AM   jujola0

CONFIDENTIAL                                                                                                    MANSOUR-0170

## Offense Information

| | | |
|---|---|---|
| LAST NAME: MANSOUR | FIRST NAME: MOHAMMAD | MIDDLE NAME: K |
| INDICTMENT / ACCUSATION / COMPLAINT NUMBER: 12-07-01375-I | PROMS NUMBER: 12 000665-001 | SBI #: 926854B |

**OFFENSE CIRCUMSTANCES**

On 1/18/12, Ms.Wright (Supervisor for Ashley Furniture) contacted the Secaucus Police Department to report an employee theft. Mr.Sciarrino (General Manager) stated that he terminated Mohammed Mausour (Sales Manager) on 1/17/12, when a customer stated that she made two cash installments ($3,509.48 in total) for an order meant to be delivered on 1/21/12. The customer made the payments in cash on the sales floor directly to Mausour, who then pocketed the money and removed the order from the system. Mausour printed an invoice and hand-wrote "paid in full" on the invoice to provide proof of payment to the customer. It is unknown how many incidents like this occurred during Mausour's time at Ashley Furniture. A summons was issued with a CJP date of 2/29/12.

**SPECIAL FACTORS RELATIVE TO OFFENSE**

Victim is listed as:

Ashley Furniture Homestore
925 Paterson Plank Rd
Secaucus, NJ 07094
201.520.0634

**DEFENDANT'S VERSION** (COMPLETE ONLY UPON APPLICATION FOR PTI AND AFTER CONVICTION)

MR.MANSOUR WAS INTERVIEWED ON 3/5/2013 AND STATED THE FOLLOWING IN REGARDS TO THE PRESENT PENDING:

"MY ATTORNEY TOLD ME TO RELY UPON MY STATEMENT IN OPEN COURT."

VICTIM STATEMENT(S) ATTACHED: ☐ YES ☑ NO    IF NO, CHECK REASON: ☑ NO RESPONSE   ☐ NOT APPLICABLE

DATE REQUEST MADE: 03/05/2013

Revised: 01/2006, CN: 10693-english

HUD201365129   Apr 11, 2013 9:28:18 AM   jujola0

CONFIDENTIAL

MANSOUR-0171

# Uniform Defendant Intake
## Superior Court of NJ

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| MANSOUR | MOHAMMAD | K |

| ALSO KNOWN AS | SPN | SBI # | DRIVER'S LICENSE NUMBER |
|---|---|---|---|
| MOHAMED MONSOUR (Cont...) | 121234 | 926854B | NJ-M04735607202704 |

| DATE OF BIRTH | AGE | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE |
|---|---|---|---|---|---|
| 02/06/1970 | 43 | ISRAEL | 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 | ☑ M  ☐ F | Palestine |

| HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | DISTINGUISHING MARKS |
|---|---|---|---|---|
| 5'11" | 170 | Blue | BLACK | None |

| ALIEN STATUS | CITIZENSHIP | OTHER CITIZENSHIP (NATIONALITY) | INTERPRETER NEEDED | LANGUAGE |
|---|---|---|---|---|
|  | ☑ US  ☐ OTHER |  | ☐ YES  ☑ NO |  |

| ATTORNEY'S NAME | COMPLAINT DATE | ARREST DATE |
|---|---|---|
| SAMUEL R DELUCA | 02/21/2012 | 01/02/2012 |

| POLICE AGENCY | COUNTY | COURT OF FILING |
|---|---|---|
|  | HUDSON |  |

| COMMITMENT NO. | INITIAL BAIL AMOUNT | INITIAL BAIL TYPE | BAIL STATUS |
|---|---|---|---|
|  | $.00 | ☐ FULL SURETY  ☐ 10% CASH  ☑ ROR  ☐ OTHER _____ | ☐ JAIL  ☐ ROR  ☐ BAIL |

| CHARGES | COMPLAINT NUMBERS | PROMIS NUMBERS | INDICTMENT / ACC. NUMBER |
|---|---|---|---|
| 1. THEFT BY UNLAW TAKING, 2C:20-3, DEG:3; | S-2012-000107-0909 | 12 000665-001 | 12-07-01375-I |

| CODEFENDANTS' NAMES | COMPLAINT NUMBERS | PROMIS NUMBERS | INDICTMENT / ACC. NUMBER |
|---|---|---|---|
|  |  |  |  |

## 1. Criminal History

| PRIOR RECORD | PENDING CHARGES |
|---|---|
| ☑ YES  ☐ NO | ☐ YES  ☑ NO |

## 2. Residence

| NUMBER OF YEARS IN | RESIDENCE STATUS | HOW LONG AT CURRENT ADDRESS |
|---|---|---|
| COUNTY: 20  NJ: 42  US: 42 | ☑ RENT  ☐ OWN  ☐ OTHER | 12 years |

| ADDRESS | | ZIP CODE |
|---|---|---|
| 209 9TH STREET 2ND FL | FAIRVIEW  NJ | 07022 |

| NAME OF COHABITANT | RELATIONSHIP TO DEFENDANT | RESIDENCE PHONE | EMERGENCY PHONE |
|---|---|---|---|
| MAISON MANSOUR | WIFE | (201) 941-8287 | (201) 941-8287 |

| PRIOR ADDRESS | | ZIP CODE |
|---|---|---|
| 9010 FULTON AVE | NORTH BERGEN  NJ | 07047 |

| NAME OF COHABITANT | RELATIONSHIP TO DEFENDANT | HOW LONG AT THIS ADDRESS |
|---|---|---|
| Maison Mansour | Wife | 15 years |

| MARITAL STATUS | NUMBER OF DEPENDENTS | PAY SUPPORT |
|---|---|---|
| ☐ SINGLE  ☑ MARRIED  ☐ SEPARATED  ☐ DIVORCED  ☐ WIDOWED  ☐ CIVIL UNION  ☐ DOMESTIC PARTNERSHIP | 3 | ☐ YES  ☑ NO |

| DOES THE DEFENDANT HAVE PRIMARY CARE OF CHILDREN OR OTHER DEPENDENTS? | IF YES, HAS THE DEFENDANT MADE ALTERNATE CARE ARRANGEMENTS? | HAS ALTERNATE CARE INFORMATION BEEN OBTAINED OR REFERRAL MADE? |
|---|---|---|
| ☑ YES  ☐ NO  ☐ N/A | ☑ YES  ☐ NO | ☑ YES  ☐ NO |

| DEFENDANT SUPPLEMENTAL CONTACT | RELATIONSHIP TO DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| MAISON MANSOUR | WIFE | (201) 941-8287 |

| CONTACT PERSON'S ADDRESS | | ZIP CODE |
|---|---|---|
| 209 9TH STREET | FAIRVIEW  NJ | 07022 |

COMMENTS

Revised: 01/2006, CN: 10693-English   UDIR-1   HUD201365129   Apr 11, 2013 9:28:18 AM   jujola0

CONFIDENTIAL

## Additional Information

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| MANSOUR | MOHAMMAD | K |
| INDICTMENT / ACCUSATION / COMPLAINT NUMBER | PROMIS NUMBER | SBI # |
| 12-07-01375-I | 12 000665-001 | 926854B |

Additional Info, Page 1

ALSO KNOWN AS
---------------------------
MOHAMMED K MANSOUR
MIKE MANSOUR

Revised: 01/2006, CN: 10693-english

HUD201365129   Apr 11, 2013 9:28:18 AM   jujola0

CONFIDENTIAL                                                                                   MANSOUR-0173

# Uniform Defendant Intake: Superior Court of NJ

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| MANSOUR | MOHAMMAD | K |

## 3. Defendant's Health Status

| REPORTED PHYSICAL HEALTH | REPORTED MENTAL HEALTH | DRUG / ALCOHOL USE | USE AT TIME OF OFFENSE |
|---|---|---|---|
| ☑ GOOD ☐ POOR | ☑ GOOD ☐ POOR | ☐ PRESENT ☐ PAST ☑ NONE | ☐ YES ☑ NO |

## 4. Physical Appearance / Additional Comments

**PHYSICAL APPEARANCE DESCRIPTION**
THE DEFENDANT IS A 43 YEAR OLD MALE. HE STANDS 5'11" TALL AND WEIGHS APPROXIMATELY 170 LBS.

**MEDICATION / FREQUENCY**
NONE REPORTED.

## 5. Substance Abuse History

| SUBSTANCE USED | FREQUENCY | METHOD OF INGESTION | INITIAL USE | LAST USE |
|---|---|---|---|---|
| | | | | |

## 6. Medical / Mental Health / Substance Abuse Treatment History & Insurance Coverage

| TREATMENT FACILITIES | LOCATIONS | DATES OF TREATMENT |
|---|---|---|
| | | |

**DIAGNOSIS / COMMENTS**
MR. MANSOUR REPORTED BEING IN GOOD PHYSICAL AND MENTAL HEALTH AND DENIED BEING UNDER ANY MEDICAL TREATMENT OR PSYCHIATRIC CARE.

HE DENIED ANY PAST USE/EXPERIMENTATION OF DRUGS OR ALCOHOL.

| ADULT DIAGNOSTIC TREATMENT CENTER EVALUATION ORDERED? | ☐ YES ☑ NO | DATE ORDERED | COPY RECEIVED ☐ YES ☐ NO |
|---|---|---|---|
| PSYCHOLOGICAL EVALUATION ORDERED? | ☐ YES ☑ NO | DATE ORDERED | COPY RECEIVED ☐ YES ☐ NO |
| REFERRED FOR SUBSTANCE ABUSE EVALUATION? | ☐ YES ☑ NO | TASC ☐ YES ☐ NO | OTHER AGENCY / COPY RECEIVED ☐ YES ☐ NO |
| HEALTH INSURANCE ☑ YES ☐ NO | INSURED'S NAME SELF | POLICY NUMBER | |
| INSURANCE CARRIER NAME AND ADDRESS OXFORD | | | |

**COMMENTS**

Revised: 01/2006, CN: 10693-english    UDIR-2    HUD201365129 Apr 11, 2013 9:28:18 AM    jujolao

CONFIDENTIAL    MANSOUR-0174

## Uniform Defendant Intake: Superior Court of NJ

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| MANSOUR | MOHAMMAD | K |

### 7. Employment

**CURRENT EMPLOYER'S NAME AND ADDRESS**
CLASSIC FURNITURE, 700 31ST STREET, UNION CITY, NJ

| OCCUPATION | YEARS / MOS. | PHONE |
|---|---|---|
| MANAGER | 4 MONTHS | |

| SKILLS | SALARY | IF UNEMPLOYED, HOW LONG | HOW SUPPORTED |
|---|---|---|---|
| | 3200/MO | | |

**PREVIOUS EMPLOYER'S NAME AND ADDRESS** — FROM / TO
ASHLEY FURNITURE, SECAUCUS, NJ FOR ABOUT 2 YEARS

**EMPLOYMENT VERIFICATION AND WORK HISTORY**
SELF EMPLOYED: BUYING AND SELLING LIQUIDATION FOR ABOUT 5 YEARS

### 8. Financial Status

| | | | |
|---|---|---|---|
| Net Monthly Income | $3,200.00 | House(s) / Land Market Value | $.00 |
| Spousal / Cohabitant Contribution | $.00 | Value of All Motor Vehicles | $.00 |
| Unemployment / Disability | $.00 | Cash | $.00 |
| Social Security | $.00 | Current Balance Checking Accts. | $.00 |
| Veterans Administration | $.00 | Current Balance Savings Accts. | $.00 |
| Pension | $.00 | Civil Judgment Awards / Pending | $.00 |
| Public Assistance / Subsidies | $.00 | Current Value of Stocks / Bonds | $.00 |
| Child Support / Alimony | $.00 | Face Value of CDs / IRAs / 401Ks | $.00 |
| Food Stamps | $.00 | Money Market Accounts | $.00 |
| Housing Subsidies | $.00 | Retrievable Bail Amt. & Location | $.00 |
| Trust Fund Income | $.00 | | |
| Institutional Wages | $.00 | Other Assets | $.00 |
| Income From Rental Properties | $.00 | Other Assets | $.00 |
| **TOTAL MONTHLY INCOME** | **$3,200.00** | **TOTAL ASSETS** | **$.00** |
| Rent | $1,200.00 | Mortgage Loan Balances | $.00 |
| Mortgage | $.00 | Vehicle Loan Balances | $.00 |
| Property Taxes | $.00 | Support Arrearage | $.00 |
| Child Support / Alimony | $.00 | Medical / Dental / Hospital Debts | $.00 |
| PAID THROUGH PROBATION DEPT. | ☐ YES ☐ NO | Attorney Fees | $.00 |
| Vehicle Loans & Insurance | $84.00 | Fines Owed to Other Courts | $.00 |
| Household Utilities | $350.00 | Credit Card Balances | $.00 |
| Other Household Expenses | $1,000.00 | Civil Judgments Owed | $.00 |
| Other Loans & Expenses | $.00 | Other Debts and Expenses | $.00 |
| **TOTAL MONTHLY PAYMENTS** | **$2,634.00** | **TOTAL DEBTS** | **$.00** |

**FINANCIAL COMMENTS INCLUDING DEFENDANTS REPORTED ABILITY TO PAY COURT IMPOSED ASSESSMENTS PER MONTH:**

I WISH TO BE REPRESENTED BY ☑ PUBLIC DEFENDER ☐ PRIVATE COUNSEL

### CERTIFICATION

I certify that the foregoing statements made by me in the above Financial Statement are true. If I have indicated above that I wish to be represented by a public defender, I am submitting this Financial Statement in support of my application to establish indigency, and I am aware that if any statements made by me in the Financial Statement are willfully false, I am subject to punishment as provided by R. 1:4-4(b).

DEFENDANT'S SIGNATURE — DATE

INTERVIEWER'S SIGNATURE — TITLE — DATE

Revised: 01/2006, CN: 10693-english    UDIR-3    HUD201365129 Apr 11, 2013 9:28:18 AM    jujola0

CONFIDENTIAL                                                               MANSOUR-0175

## Uniform Defendant Intake: Superior Court of NJ

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| MANSOUR | MOHAMMAD | K |

### 9. Family History

**PARENTAL**
THE DEFENDANT'S MOTHER SARA MANSOUR (79) RESIDES IN CLIFTON, NJ. HIS FATHER KHALID MANSOUR PASSED AWAY IN AUGUST 2007. HE HAS TWO SISTERS AND A BROTHER: KHALDIA NASER (47) WEST NY; MUFTY MANSOUR (46) NORTH BERGEN, NJ; MUSTAFA MANSOUR (49) CLIFTON, NJ.

THE DEFENDANT REPORTED BEING RAISED BY BOTH PARENTS AND DESCRIBED HIS CHILDHOOD AS "GOOD, NORMAL." HE DENIED ANY FORM OF ABUSE, DRUGS, OR ALCOHOL IN THE HOME.

**MARITAL / CHILDREN**
THE DEFENDANT IS MARRIED TO MAISON MANSOUR (39). THEY HAVE THREE CHILDREN: SAMMY (20), ASAD (15), AND ASHRAF (11).

**HOME / NEIGHBORHOOD / ENVIRONMENT**
MR. MANSOUR IS CURRENTLY RESIDING AT 209 9TH STREET 2ND FL, FAIRVIEW, NJ WITH HIS WIFE AND CHILDREN FOR ABOUT 12 YEARS.

### 10. Military Service History

| BRANCH | DISCHARGE | SERVICE PERIOD |
|---|---|---|
|  | ☐ HONORABLE ☐ GENERAL ☐ OTHER |  |

**COMMENTS**

### 11. Education

| LAST SCHOOL YEAR COMPLETED (1-20) | GRADUATE | YEAR GRADUATED | CURRENTLY IN SCHOOL | MAJOR / SPECIAL TRAINING |
|---|---|---|---|---|
| 14 | ☐ YES ☑ NO ☐ GED |  | ☐ YES ☑ NO | BUSINESS |

**LAST SCHOOL ATTENDED**
JERSEY CITY STATE COLLEGE, JERSEY CITY, NJ

**AGE LAST ATTENDED**

**COMMENTS**
MOHAMMAD MANSOUR REPORTED THAT AS A TEEN HE ATTENDED MEMORIAL HIGH SCHOOL IN WEST NEW YORK AND THEN RETURNED TO JERUSALEM WHERE HE GRADUATED FROM FBS HIGH SCHOOL. HE STATED THAT HE RECEIVED AN ASSOCIATES DEGREE FROM JERSEY CITY STATE COLLEGE IN BUSINESS COMMUNICATION.

### 12. Other Information / Comments

**COMMENTS**

Revised: 01/2006, CN: 10693-english       UDIR-4 HUD201365129   Apr 11, 2013 9:28:18 AM   jujola0

CONFIDENTIAL                                           MANSOUR-0176