

**ottinger**

The Ottinger Firm, P.C.

NEW YORK | SAN FRANCISCO

401 Park Avenue South
New York, NY 10016
**p.** 212.571.2000 **f.** 212.571.0505

930 Montgomery Street
San Francisco, CA 94133
**p.** 415.262.0096 **f.** 212.571.0505
**www.ottingerlaw.com**

February 6, 2015

**BY ECF**

Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:     *Mansour, et al. v. Factory Direct of Secaucus, LLC*, 13-cv-2443 (SDW)(SCM)

To Clerk of the Court:

We write, pursuant to Local Civil Rule 7.1(d)(5), to request an automatic extension of Defendant's motion for summary judgment in the above-referenced matter (ECF # 33), which is, by order of the Court, noticed for March 2, 2015. (ECF # 34). The originally noticed motion day has not previously been extended or adjourned and we make this request before the date on which our opposition papers would otherwise be due under Rule 7.1(d)(2). Plaintiffs therefore respectfully request that the motion be adjourned to March 16, 2015, which is, per Local Civ. Rule 78.1, the next available motion day following the originally noticed date.

Respectfully submitted,

Denise Rubin Glatter

Cc:     All counsel of record (by ECF)