

20 West 55th Street, 6th Floor
New York, NY 10019
**p.** 212.571.2000  **f.** 212.571.0505

1 Market, Spear Tower, Ste 3600
San Francisco, CA 94105
**p.** 415.906.5417  **f.** 415.520.0555

**www.ottingerlaw.com**

**Denise Rubin Glatter**
denise@ottingerlaw.com

February 20, 2015

**VIA ELECTRONIC CASE FILING**

The Hon. Steven C. Mannion
United States Magistrate Judge
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:    *Mansour v. Factory Direct of Secaucus, LLC d/b/a Ashley Furniture Homestore,*
       Case No. 13-cv-2443 (SDW)(SCM)

Dear Judge Mannion:

Counsel for all parties in the above-referenced action write jointly pursuant to Your Honor's October 20, 2014 Amended Scheduling Order (ECF No. 30) to provide the Court with an agenda letter in advance of the telephone conference scheduled for February 26, 2015.

The parties have completed fact discovery in accordance with the Court's Amended Scheduling Order and, on January 30, 2015, Defendants filed a Motion for Summary Judgment, which is noticed for March 16, 2015. As Defendants' motion remains pending, there are currently no outstanding issues the parties believe need to be discussed at the upcoming conference. Accordingly, the parties jointly and respectfully request that the conference be adjourned until after the disposition of Defendants' motion.

The parties thank the Court for its continued attention to this matter. Please do not hesitate to contact us should Your Honor require any further information.

Respectfully,

/s/                                    /s/

Denise Rubin Glatter              Michael S. Horn
*Counsel for Plaintiffs*          *Counsel for Defendants*