## EXHIBIT C

**Deposition Transcript of Eugene Chrinian**

[Page 1]

UNITES STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CASE NO. 13-CV-2443 (DMC) (MF)

CIVIL ACTION

MOHAMMAD MANSOUR and            :

MARK MOSES,
                                :

        Plaintiffs,    :

     vs.                        :

FACTORY DIRECT OF SECAUCUS,     :

LLC d/b/a ASHLEY FURNITURE

HOMESTORE,                      :

        Defendant.     :


        Deposition of EUGENE CHRINIAN taken in the above-entitled matter before Suzanne J. Stotz, a Certified Court Reporter (License No. 30XI00184500) and Notary Public of the State of New Jersey, taken at the offices of ARCHER & GREINER, P.C., Court Plaza South, West Wing, 21 Main Street, Suite 353, Hackensack, New Jersey 07601, on Friday, August 1, 2014, commencing at 9:14 a.m.

### Page 46

1  A. It was just her professional
2  opinion that I should be aware, and I would
3  expect that she would take the necessary steps.
4  Q. At that time did the HR employee
5  inform you to whom Ms. Hoang initially made her
6  complaint?
7  A. I don't recall.
8  Q. Are you aware that the complaint
9  was initially made to Mr. Mansour?
10  A. No.
11  Q. Are you aware of an investigation
12  that took place into Ms. Hoang's complaint?
13  A. Subsequent, as I said, I
14  directed -- I didn't direct. The HR -- I had
15  Ms. Hoang -- she raised her concern. I
16  directed her to the HR manager so the HR
17  manager could take the appropriate steps,
18  whatever those steps would be.
19  Q. Did you at any time direct the HR
20  manage to keep the accusation quiet?
21  A. No.
22  Q. Are you aware of anyone contacting
23  Mr. Mansour with respect to Ms. Hoang's
24  allegation?
25  A. No.

### Page 47

1  Q. Did you direct any Factory Direct
2  employee to contact Mr. Mansour with respect to
3  Ms. Hoang's allegation?
4  A. I was not involved in the
5  investigation; or it was the HR manager, as I
6  said earlier, who is responsible to follow up
7  on any employee inquiry of any kind.
8  Q. So the answer then is no?
9  A. No.
10  Q. Why did Mr. Mansour's employment
11  with Factory Direct cease?
12  A. It ceased -- he was terminated for
13  stealing.
14  Q. Mr. Mansour was terminated?
15  A. For stealing.
16  Q. Do you know who -- strike that.
17  Who made the decision to terminate
18  Mr. Mansour?
19  A. His supervisor.
20  Q. Who was his supervisor at the time?
21  A. It would have been Jerry Cook in
22  HR.
23  Q. And the HR director at the time was
24  Hazel Bautista, correct?
25  A. Yes.

### Page 48

1  Q. Were you consulted with respect to
2  the decision to terminate Mr. Mansour?
3  A. No.
4  Q. Were you made aware of the
5  allegation that he was stealing?
6  A. Clarify please.
7  Q. I withdraw the question.
8  MR. VALLAS: I'd like to ask the
9  court reporter to mark this document
10  Chrinian 3.
11  (Whereupon, Exhibit No. Chrinian 3,
12  Answers to Interrogatories, was marked for
13  identification.)
14  BY MR. VALLAS:
15  Q. Mr. Chrinian, I do have questions
16  about specific pages of this document; but
17  before I ask you to review it, I just want to
18  ask whether you recognize it?
19  A. No.
20  Q. Are you aware that Factory Direct
21  was served with Interrogatories in this matter?
22  A. No.
23  Q. Do you know what Interrogatories
24  are?
25  A. No.

### Page 49

1  Q. I'd like to direct your attention
2  to page 7 of this document, and specifically
3  the second paragraph from the top beginning
4  with Mr. Cook. The paragraph reads, "Mr. Cook
5  planned to discharge Mansour January 17, 2012,
6  meeting. But after being confronted with
7  evidence of his theft and contradicted by Maj
8  and Ms. Arias, Mansour became frustrated and
9  stated that he was resigning from employment.
10  Mr. Cook accepted Mansour's resignation and
11  Mansour walked out."
12  Were you involved in the
13  preparation of that answer at all?
14  A. No.
15  Q. Did Mr. Cook inform you that
16  Mr. Mansour had resigned?
17  A. No. Subsequently, I was notified
18  that he was caught stealing. He was caught on
19  tape and that they sat down with him with the
20  proof and he denied it. So they fired him.
21  Q. Mr. Cook told you that they had
22  fired him?
23  A. (Witness nodding.)
24  Q. When you say --
25  A. That's what you do when you catch

[13] (Pages 46 to 49)