UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------X
MOHAMMED MANSOUR and MARK MOSES,

PLAINTIFF(s),

Civil Action No. 1:13-cv-02443

-against-

ASHLEY FURNITURE HOME STORE,

DEFENDANT(s).
----------------------------X

DATE: November 14, 2014
TIME: 10:14 A.M.

DEPOSITION of the Defendant, INTERNATIONAL SHOPPES, LLC, by a Witness, SALVATORE SCIARRINO, taken by the Plaintiff, held at the offices of ARCHER & GREINER, P.C., 21 Main Street, West Wing, Hackensack, New Jersey 07601, before Anna Buonsanto, a Notary Public of the State of New Jersey.

A P P E A R A N C E S:

THE OTTINGER FIRM, P.C.
Attorneys for the Plaintiff
RAMON MANSOUR
401 Park Avenue South
New York, New York 10016
BY: GEORGE VALLAS, ESQ.

ARCHER & GREINER, P.C.
Attorneys for the Defendant
INTERNATIONAL SHOPPES, LLC
21 Main Street, West Wing
Hackensack, New Jersey 07601
BY: STEVEN B. HARZ, ESQ.

ALSO PRESENT:

MOHAMMED MANSOUR

* * *

[Page 2]

S A L V A T O R E S C I A R R I N O, called as a witness, having been first duly sworn by a Notary Public of the State of New Jersey, was examined and testified as follows:

EXAMINATION BY
MR. VALLAS:

**Q.** Please state your name for the record.
A. Salvatore Sciarrino.
**Q.** What is your address?
A. 2071 East 72nd Street, Brooklyn, New York 11234.
**Q.** Good morning, Mr. Sciarrino. My name is George Vallas. I represent Mohammed Mansour and Mark Moses in a lawsuit they filed against Factory Direct of Secaucus, LLC, doing business as Ashley Furniture Home Store.
For the sake of convenience, I'm going to refer to the defendant as Ashley; is that okay?
A. Okay.
**Q.** Mr. Sciarrino, have you ever been deposed before?
A. No.
**Q.** I would like to begin by going over some preliminary issues.

[Page 3]

Do you understand that you were just sworn in by a Court Reporter?
A. Yes.
**Q.** That your testimony today is under oath?
A. Yes.
**Q.** Even though it has a slightly more informal setting, it has the same force and effect as though you were giving it in a court of law?
A. Yes.
**Q.** The Court Reporter is here to take down both my questions and your answers. For the sake of her sanity, I ask that before you answer my question, you allow me to finish it completely so she doesn't have to transcribe people talking over one another; is that okay?
A. That's fine.
**Q.** If you answer a question, I will assume that you understood it. If you do not understand a question or don't hear me, please feel free to ask me to rephrase; is that okay?
A. Yes.
**Q.** We can take as many breaks for as long as you would like. The only thing that I ask is if you would like to take a break and there's a

[Page 4]

pending question, you answer before you break. Unless you want to talk to your attorney about something having to do with privilege; is that okay?
A. That's fine.
**Q.** Do you understand that you're represented by an attorney today?
A. Yes.
**Q.** I don't want to know anything that you said to your attorney or your attorney said to you, but did you do anything today to prepare for today's deposition?
A. What means prepare?
**Q.** Did you meet with anybody about today's deposition?
A. Have I met with anyone, yes.
**Q.** Who did you meet with?
A. My attorney.
**Q.** Did you review any documents?
MR. HARZ: Note my objection as it relates to attorney/client privilege.
**Q.** You can answer, Mr. Sciarrino, but again, don't tell me anything that you told your attorneys or that your attorneys told you. I'm not interested in that.

[Page 5]

MR. HARZ: I showed him documents.
MR. VALLAS: I don't think the documents themselves are privileged.
MR. HARZ: They are when they're work product. They are in fact when they are a work product.
MR. VALLAS: We'll disagree about that. I withdraw the question.
**Q.** Did you speak with anybody else before today's deposition?
A. No.
**Q.** What's your date of birth?
A. 5/1, 1968.
**Q.** Did you go to high school?
A. Yes.
**Q.** When did you graduate from high school?
A. I believe it was 1987.
**Q.** Did you attend college?
A. No, I did not.
**Q.** Mr. Sciarrino, are you on any medication today that might affect your ability to answer my questions fully or truthfully?
A. No.
**Q.** Are you sick at all today?
A. No.

[Page 6]

**Q.** Is there any other reason you can think of why you won't be able to answer my questions fully and truthfully?
A. No.
**Q.** Are you currently employed by Ashley?
A. No.
**Q.** Were you at one time employed by Ashley?
A. Yes.
**Q.** When did you begin your employment with Ashley?
A. I believe it was 2010.
**Q.** When did you separate from Ashley?
A. May of 2013 and then --
**Q.** I didn't hear that last --
A. I believe it was May of 2013.
**Q.** Are you currently employed?
A. Am I currently employed, yes.
**Q.** Where are you currently employed?
A. I own my own business.
**Q.** Have you done that since 2013?
A. Yes.
**Q.** Prior to joining Ashley, what was your previous position?
A. I was a sales manager at Huffman Koos.
**Q.** How long did you hold that position?

[Page 7]

A. For about two years.
**Q.** What was your first position at Ashley?
A. Sales manager.
**Q.** Did you hold that position throughout your employment there?
A. Yes.
**Q.** How did you come to work for Ashley?
A. I had previously worked for Levitz, which the current upper management also worked there.
**Q.** Is Levitz a furniture store?
A. It was a furniture store, yes.
**Q.** When you say the current upper management of Ashley also worked there, who are you referring to?
A. To Mark Scott.
**Q.** When did you work at Levitz?
A. That had to be around 2009.
**Q.** How long have you known Mr. Scott?
A. Probable about twelve years.
**Q.** How did you first meet Mr. Scott?
A. I first worked for Seaman's.
**Q.** Was Mr. Scott also employed at Seaman's?
A. Yes.
**Q.** What was your role at Seaman's?

[Page 8]

A. Sales manager.
**Q.** What years did you work at Seaman's?
A. That had to be around 2000.
**Q.** 2000 until roughly when?
A. About two years.
**Q.** What was Mr. Scott's role at Seaman's?
A. I believe he was the vice president of operations.
(Interruption.)
**Q.** If you want to --
A. That's okay.
**Q.** Did Mr. Scott have any role in bringing you to Levitz?
A. Yes.
**Q.** What was that?
A. He recruited me to come work there.
**Q.** How did you come to leave Levitz?
A. It went out of business.
**Q.** What was Mr. Scott's role in bringing you to Ashley?
A. He actively recruited me.
**Q.** Who interviewed you?
A. Jerry Cook.
**Q.** Do you know Mr. Cook's title?
A. I believe --

[Page 9]

Q. Withdraw it. At the time you were interviewed, do you know what Mr. Cook's title was?
A. Yes.
Q. What was that?
A. Director of sales.
Q. Did you interview with anybody else?
A. No.
Q. Who offered you the job at Ashley's?
A. Mr. Cook.
Q. When you first began working at Ashley, was there an orientation process?
A. Yes.
Q. What did that entail?
A. It was a two-week training period.
Q. In connection with that training period, did you receive training on HR policies?
A. There was a portion, yes.
Q. Do you remember how long that lasted?
A. I think it was a couple of hours.
Q. Do you remember who gave that training?
A. I believe her name was Christine Pascaretta (phonetic).
Q. Do you remember what her title was?
A. I believe she was HR manager.

[Page 10]

Q. In connection with that training, did you receive instruction on harassment policies?
A. I'm sorry, I don't understand the question.
Q. Are you aware of whether or not Ashley maintains any policy prohibiting harassment in the workplace?
A. Yes, there was a section in that.
Q. You were trained on that during your orientation?
A. Yes.
Q. Did you receive any training on anti-discrimination policies?
A. Yes.
Q. Did you receive any training on how to report complaints of harassment or discrimination?
A. Yes.
Q. Can you describe to me what your role was as sales manager?
MR. HARZ: At Ashley?
Q. Excuse me, that's actually a useful clarification. At Ashley and for the sake of clarity going forward, whenever I ask you a question about your job responsibilities, unless

[Page 11]

I specify otherwise, it will be at Ashley.
A. Okay.
Q. Can you tell me what your role entailed as sales manager at Ashley?
A. Role entailed motivating the team, having daily sales meetings, reporting goals, plans, taking TOs from salespeople, overseeing opening and closing of the store.
Q. What's a TO?
A. Turnover.
Q. What is involved with the turnover?
A. When a salesperson takes his customer, talks to the customer, if he cannot close the deal, he would get one of the sales manager to come in to see if they could help close the sale.
Q. As a sales manager, did you supervise any employees?
A. Yes.
Q. How many employees did you supervise roughly?
A. Roughly about thirty.
Q. Did you have authority to hire?
A. No, I did not.
Q. Did you have authority to fire any of your employees?

[Page 12]

A. No, I did not.
Q. Did you have the authority to discipline any employees?
A. Clarify what you mean by discipline.
Q. I can clarify. Did Ashley have formal procedures for disciplining employees short of termination?
A. Yes.
Q. Are you familiar with whether or not those procedures were divided into different levels of discipline?
A. There were three levels of discipline.
Q. What were those levels?
A. The first one would be a verbal. The second one would be a written. The final one would be possible separation.
Q. As a sales manager, did you have the authority to take verbal action against an employee?
A. Well, I would also reach out to HR on any type of discipline.
Q. Would the purpose of your reaching out to HR be for input and advice or would it be for direction?
A. No, it would be for direction.

[Page 13]

877-479-2484 U.S. LEGAL SUPPORT, INC www.uslegalsupport.com

Q. That's true of verbal discipline?
A. Yes.
Q. As sales manager at Ashley, were you responsible for fielding complaints of harassment or discrimination?
A. In what terms do you mean responsible?
Q. That was a poor question.
Would employees under your supervision ever make complaints to you that they were being harassed or retaliated against in the workplace?
A. They would either go to me or HR or the other sales manager as well.
Q. Who was the other sales manager when you first started?
A. When I first started.
Q. In 2010?
A. It was Fernando. I can't recall his last name.
Q. Throughout your employment at Ashley, was there ever more than two sales managers?
A. At one time there was three. There was also a selling manager.
Q. How long was Fernando a sales manager?
A. He was there when I got there. I couldn't really --

[Page 14]

MR. HARZ: If you know, answer. If you don't know.
A. I wouldn't know that.
Q. When did he leave?
A. I can't recall the exact date when he left.
Q. Following Fernando, do you remember who was the sales manager?
A. I believe it was a gentleman named Victor.
Q. Do you remember the dates of Victor's employment as sales manager?
A. No, I do not.
Q. Following Victor?
A. Following Victor was a gentleman by the name of Neil.
Q. Do you remember the dates of Neil's employment as sales manager?
A. No, not exactly.
Q. Following Neil?
A. Following Neil was Mohammed.
Q. Do you remember the dates -- by Mohammed, are you referencing Mohammed Mansour?
A. Yes.
Q. Do you remember the dates of Mr. Mansour's employment as sales manager?
A. It had to be -- I'm not one hundred percent sure.

[Page 15]

Q. Moving back to complaints. If an employee under your supervision were to make a complaint about harassment or discrimination to you, how would you respond?
A. I would take it to the HR manager.
Q. Did you receive any training from Ashley on handling complaints of harassment or discrimination?
A. We did in the two-week training.
Q. What was Ashley's policies for complaints made to a manager or to a non HR employee?
A. It was to be brought to upper management.
Q. As a sales manager at Ashley, were you responsible for investigating allegations of theft?
A. Any type of theft again would be brought to the HR, if there was any allegations or suspicions or anything like that.
Q. Sticking for a moment with allegations of theft, once it was brought to HR, would HR

[Page 16]

launch an investigation?
A. Yes.
Q. Would you have a role in that investigation?
A. No.
Q. Moving back to complaints of harassment or discrimination, would HR launch an investigation of those complaints?
A. Yes.
Q. Would you have any role in that investigation?
A. No.
Q. Are you aware of a complaint of harassment that was brought by an employee named Mindy Hong?
A. Yes.
Q. Was that complaint made to you?
A. No.
Q. Do you know who that complaint was made to?
A. It was made to Mr. Mansour.
Q. How did you become aware of it?
MR. HARZ: I'm going to object to the relevance of this matter for the record.

[Page 17]

Q. You can answer, Mr. Sciarrino.
A. Again, what was the question? How was it made, is that what you're asking?
Q. I believe the question is how did you become aware of the complaint?
A. Mr. Mansour called me.
Q. What did he say?
A. That there were allegations of improper behavior.
Q. Do you remember what they were specifically?
A. No.
Q. What did you say to Mr. Mansour in response?
A. I directed him to get HR involved.
Q. Did you follow up to see if he had done so?
A. HR then contacted me about it.
Q. Do you remember who?
A. Aazeo Bautista.
MR. VALLAS: For the Court Reporter, that's actually A-A-Z-E-O.
Q. Do you know why Ms. Bautista contacted you?
A. To follow up with the report that

[Page 18]

Mr. Mansour had given her.
Q. Do you remember what she said to Ms. Bautista?
A. I wasn't in the building when the report and the allegations were made. So, I was not privy to anything within that, you know.
Q. Did you have any further role in that investigation?
A. No.
Q. Do you know what the outcome of that investigation was?
A. Yes.
Q. What was that?
A. Song was given an option to either stay in the store she was in or move to a new store.
Q. You testified a moment ago that you were sales manager alongside Mr. Mansour; do you remember how long?
MR. HARZ: Objection to the form of the question. You can answer, if you know what he means.
Q. Do you remember how long you were sales manager with Mr. Mansour?
A. It was I believe --
MR. HARZ: I object to the question.

[Page 19]

You said alongside. Do you mean physically? Do you mean at the same time?
MR. VALLAS: I mean at the same time.
Q. You think you testified earlier, if this is correct, Mr. Sciarrino, that there would be two sales managers at a given time at least at Ashley's; is that correct?
A. Yes.
Q. At some time Mr. Mansour was sales manager simultaneously with you?
A. Yes.
Q. Do you remember approximately when that started?
MR. HARZ: Objection, again, to the form of the question. When you say that started, if you understand what he's referring to, you can answer.
A. It started --
MR. HARZ: Only if you understand the question.
A. What does exactly started --
Q. Do you remember when Mr. Mansour started working as sales manager at Ashley?

[Page 20]

A. I believe after he was a salesman in Paramus for about six months.
Q. Was he a salesman at an Ashley location in Paramus?
A. Yes.
Q. Do you remember the year?
A. Not off the top of my head, no.
Q. Did sales managers receive separate training from other Ashley employees, separate managerial training?
A. Sales -- no.
Q. Were you a supervisor of Mr. Mansour when he began working as a sales manager at Ashley?
A. I was the senior sales manager, yes.
Q. Would you have any supervisory responsibility over Mr. Mansour?
A. We had both the same responsibilities within the building.
Q. Was there any significance to the fact that you were the senior sales manager?
A. No.
Q. Did you have a personal relationship with Mr. Mansour?
A. Yes.

[Page 21]

Q. Did you know Mr. Mansour prior to the commencement of his role as sales manager?
A. No.
Q. About how soon after he started working as sales manager did you develop a personal relationship?
A. Within ninety days, sixty to ninety days we developed a very good rapport amongst each other.
Q. Can you describe to me the nature of that relationship?
A. We had a very open relationship. We spoke about each other's families. I would say we were brothers.
We spoke about each other's kids. We went out to eat. We went to meetings together.
Q. Did you associate with Mr. Mansour in social settings?
A. Yes.
Q. About how often?
A. It would really depend on, you know, quite a few times.
Q. Are you aware of Mr. Mansour's religious background?
A. Yes.

[Page 22]

Q. What is his faith?
A. Muslim.
Q. How do you know that?
A. We spoke about it, that I was a christian, he was a Muslim. We spoke about religion.
Q. Did you speak about religion with anybody else at Ashley?
A. We had conversations.
Q. When you say "we", are you referring to anyone specifically?
A. No.
Q. Did you ever have any conversations about religion with Mr. Chrinian?
A. Yes.
Q. What were the substance of those conversations?
A. Those were in reference to his charitable work and what not.
Q. Did you ever witness Mr. Chrinian speaking with any other Ashley employees about his religious faith?
A. No.
Q. Did Mr. Chrinian ever make any book recommendations to you?

[Page 23]

A. No.
Q. Did you ever witness him making book recommendations to anyone else?
A. No.
Q. Are you aware of Mr. Mansour's national origin?
A. I don't understand the question.
Q. Do you know where Mr. Mansour is from?
A. Yes.
Q. Where is that?
A. Palestine.
Q. How did you know that?
A. He told me.
Q. Moving back to some of your discussion with Mr. Mansour about religion. Did you ever have banter with Mr. Mansour about religion?
A. I don't understand the question.
Q. Would you ever make jokes with Mr. Mansour about his religious faith?
A. In what content?
Q. Did you ever refer to Mr. Mansour as a terrorist?
A. He called me a guinea, a mobster. We joked often with each other. We had a brotherly relationship.

[Page 24]

Q. I do want to return to Mr. Mansour's comments toward you in a moment, but for right now I would like to focus on your comments towards Mr. Mansour. Did you ever refer to him as a terrorist?
A. Yes, in a joking manner.
Q. What would the context of that be?
A. Again, we go back and forth. He'd call me a wiseguy, a guinea, a highjacker and we just joked back and forth.
Q. About how often would you have these sorts of joking conversations?
A. I can't recall exactly how often.
Q. Did you ever refer to Mr. Mansour as Taliban?
A. No, I did not.
Q. Did you ever suggest that Ashley had to install a metal detector?
A. Absolutely not.
Q. Did you ask Mr. Mansour if he was upset that Bin Laden had been captured?
A. Absolutely not. I was not even there the day they captured Bin Laden. I was off.
Q. Did you ever say to Mr. Mansour that Ashley shouldn't hire any more Muslims because

[Page 25]

it's turning into Afghanistan?
A. Absolutely not.
Q. Other than calling Mr. Mansour a terrorist, did you make any other joking remarks about his religious faith?
A. No, I did not.
Q. Would you have those conversations with Mr. Mansour in the presence of any other Ashley employees?
A. We would be in the store, you know, on the showroom floor.
MR. HARZ: Listen to the question and just answer the question, please.
A. The question was again?
MR. VALLAS: Can I ask the Court Reporter to read back the last question.
(Whereupon, the referred-to question was read back by the Reporter.)
A. Yes.
Q. Who specifically would have witnessed those conversations?
A. Aazeo Bautista, we joked in her office.
Q. Anybody else?
A. Not that I could recall.
Q. Did Aazeo Bautista ever speak with you

[Page 26]

about the propriety of those sorts of conversations?
A. No, because it was never a problem.
Q. Did she ever warn you about having those conversations in anybody else's presence?
A. No, not that I --
Q. Did you ever complain to Ms. Bautista about some of the comments Mr. Mansour would make?
A. No, I did not because it was all in fun, a joke.
Q. Are you aware whether Mr. Mansour ever complained to Ms. Bautista about any of the comments?
A. Never did.
Q. How do you know he never did?
A. Because him and I, like I said, it was -- we were more than sales managers. We were brothers. We spoke about a lot of things and it was never brought to my attention by Ms. Bautista.
Q. Is it fair to say that you're assuming Mr. Mansour never did, never complained to Ms. Bautista?
A. I don't assume.

[Page 27]

Q. Did Ms. Bautista ever tell you Mr. Mansour never complained to her?
MR. HARZ: That's been asked and answered, but you can probe.
A. She never came to me because it was never a problem.
Q. Does Mr. Mansour still work for Ashley?
A. Not that I know of.
Q. Do you remember when he separated from Ashley?
A. No, I don't know the exact date.
Q. Do you remember the circumstances of Mr. Mansour's separation from Ashley?
A. I believe he was -- no, I know that he was let go for theft.
MR. VALLAS: Can I have you mark this Sciarrino 1.
(Whereupon, the aforementioned Affidavit of Salvatore Sciarrino was marked as Sciarrino Exhibit 1 for identification as of this date by the Reporter.)
Q. Mr. Sciarrino, before I pass this document, I just have a couple of questions. Were you involved in the decision to terminate

[Page 28]

Mr. Mansour?
A. No.
Q. Were you involved in the investigation about the allegations of theft that led to Mr. Mansour's termination?
A. No.
Q. I'm just going to pass the witness the document marked Sciarrino 1. Mr. Sciarrino, take your time reviewing that. Let me know when you're ready.
A. I'm ready.
Q. Are you familiar with that document?
A. I have seen it, yes.
Q. Can you tell me what it is?
A. It's a document that, from a customer.
MR. HARZ: I'm sorry, are you talking about the entire document?
MR. VALLAS: Yes.
MR. HARZ: The entire document.
A. The entire document? Yes, it's an Affidavit.
Q. Is that your Affidavit?
A. Yes, it is.
Q. May I ask you to turn to Page 3?
A. Okay.

[Page 29]

**Q.** Is that your signature?
A. Yes, it is.
**Q.** That was signed before a Notary Public?
A. Yes.
**Q.** Were you swearing to the truth of these statements?
A. Yes.
**Q.** Can I ask you to turn to the first page. The second paragraph reads, "On the evening of January 18th, 2012, Jacqueline Wright," and then later," and I met at the store with an Ashley customer named Dina Yousef and Ms. Yousef's husband."
At the time you had that meeting, Mr. Sciarrino, was Mr. Mansour employed by Ashley?
A. Yes.
**Q.** That was on January 18th. Do you know when Mr. Mansour was terminated by Ashley?
A. I do not recall. You asked me that before.
**Q.** I can rephrase. I think you've already answered, does this document refresh your recollection as to when Mr. Mansour was terminated?

[Page 30]

A. The document says 2012.
**Q.** What was that meeting with the Yousefs about?
A. The meeting was that the Yousefs came to the counter for a sale that they wanted to have delivered. They came to Ms. Wright.
Ms. Wright looked at the sale inside the computer trying to find the payment that the Yousefs explained that they made and the payment could not be found.
So, therefore, I was called to the front desk. We in turn looked through the payments and did not find any recollection of these payments.
**Q.** What did you do after that meeting?
A. After that meeting we called HR and the director of sales.
**Q.** Who is the director of sales?
A. Jerry Cook.
**Q.** Who did you contact in HR?
A. Aazeo Bautista.
**Q.** What did you tell Mr. Cook and Ms. Bautista?
A. That we have a signed receipt with a deposit that was given by Mr. Mansour and we could not find the funds.

[Page 31]

**Q.** What did they say in response to that?
A. They called us to look through the day's record, which we kept on a daily basis every day and to pull all the paperwork, which we did.
**Q.** How long did it take you to do that?
A. Maybe a half-hour to an hour.
**Q.** Did you turn that information over to Ms. Bautista and Mr. Cook?
A. Yes.
**Q.** Were you involved in the subsequent investigation?
A. No, I was not.
**Q.** Are you aware of the outcome of the investigation?
A. Yes.
**Q.** What was the outcome?
A. The outcome was it was found that Mr. Mansour had pocketed these funds for this customer.
**Q.** Do you know who found that?
A. Mr. Cook.
**Q.** How were you informed of the outcome of the investigation?
A. I was informed that Mr. Mansour was let go.

[Page 32]

**Q.** Who told you that?
A. Jerry Cook.
**Q.** Do you remember when?
A. Not exactly.
**Q.** Was it after this meeting with the Yousefs?
A. Yes.
**Q.** Did Mr. Cook say that Mr. Mansour was let go because of a meeting with the Yousefs?
A. No.
**Q.** Did Mr. Cook say why Mr. Mansour was let go?
A. He had said it was theft.
**Q.** Was he more specific then that?
A. No, he was not.
**Q.** Did you ask?
A. No, I did not.
**Q.** Why not?
A. I was not privy to, like I had said, HR investigations and stuff of that matter.
**Q.** Did you ever get in touch with Mr. Mansour?
A. No, I did not. I terminated the relationship between us.
**Q.** When did you terminate the relationship?

[Page 33]

A. Right after he was let go.
Q. Why?
A. Because I do not associate with people who steal.
Q. Did you ever ask him for his side of the story?
A. No, I did not.
Q. You testified a little while ago that you and Mr. Mansour were brothers; had that changed at the time these allegations were made?
A. It had changed, yes, because it was not an allegation. It was a fact.
Q. I can rephrase that question.
Prior to these allegations being raised, was there any change in your relationship?
MR. HARZ: You're assuming that he thinks they're allegations. If you could rephrase the question because that's putting presumption into his answer, which he did not make.
MR. VALLAS: I think you're testifying --
MR. HARZ: Excuse me, let me finish. He says he considers them to be facts. You keep asking about the allegations.

[Page 34]

Again, if he answers your question, then he's answering to your presumption. Please let me finish. You're building up the question with the presumption that's going to be built into his answer. I would appreciate if you would clarify the question.
MR. VALLAS: There's nothing he can say about allegations and facts.
Furthermore, I think your testifying for the witness. I think that's a speaking objection that's impermissible.
If Mr. Sciarrino has a problem with the premise of my question, he can raise it.
MR. HARZ: I have every right to object to the form of the questions. I will continue to do so.
MR. VALLAS: Your objection is noted, but I don't believe you have a right to go much further than that.
MR. HARZ: I will continue to do so.
Q. Mr. Sciarrino, at the time the allegations were raised on January 18th, 2012,

[Page 35]

prior to that time, had there been any change in your relationship with Mr. Mansour?
A. No.
Q. On January 17th, 2012, did you still consider yourself brothers with Mr. Mansour?
A. This is -- I'm sorry, I don't understand the question. This is a year before you're asking me about.
Q. No, no, the day before?
A. You said 2012 then 2013.
Q. Did I say 2013? I apologize. That was a mistake.
You met with the Yousef's on January 18th, 2012, according to your Affidavit?
A. Right.
MR. HARZ: Are you following the Affidavit?
Q. Paragraph 2 of your Affidavit you said on the evening of January 18th 2012. On January 17th, 2012, did you still consider yourself brothers with Mr. Mansour?
A. Yes.
Q. Did you ever speak with Mr. Mansour on January 18th, 2012 or any time thereafter about these allegations?

[Page 36]

A. No, I did not.
Q. Did Mr. Mansour ever try to contact you?
A. No, he did not.
Q. Did you ever try to contact him?
A. No, I did not.
Q. Are you familiar with a --
Mr. Sciarrino, if you need to take a break?
A. No, that's fine.
Q. I really don't have very much more. If you would like to take a break, let me know.
MR. HARZ: You sure.
THE WITNESS: That's fine. I'm good.
Q. Are you familiar with an Ashley policy that offers customers price matching guarantees?
A. Yes.
Q. Can you describe to me how that works?
A. Price match policies, is if a customer can bring something in the form of print, we would match their price.
Q. Would you need to get approval to do that?
A. To do price matches, yes.
Q. Who would you have to get approval from?
A. Jerry Cook.

[Page 37]

Q. How would you get that approval?
A. On the phone. As long as the -- whether it was a newspaper clipping, a postcard, was attached to the sale.
Q. Would you have to submit anything to Mr. Cook?
A. No, as long as, like I said, as long as something was attached to it.
Q. Are you familiar with an Ashley customer named Ramona Arias?
A. No.
Q. Are you familiar with an Ashley Furniture employee named Mark Moses?
A. Yes.
Q. What was Mark Moses' role at Ashley Furniture?
MR. HARZ: If any? Are you talking about Ashley in general?
MR. VALLAS: Yes.
A. Mark Moses started as a sales manager.
Q. Do you remember when?
A. I believe right around the same time that Mohammed was employed and myself.
Q. Were you involved in hiring Mr. Moses?
A. I interviewed Mr. Moses and then gave my

recommendation.
Q. What was your recommendation?
A. I thought he would be a good fit, but I did not make the final decision in hiring Mr. Moses.
Q. Do you know who did?
A. It was done by upper management as with all hiring.
Q. Was there anyone specifically involved in that decision that you were aware of?
A. I believe it was Jerry Cook and Aazeo Bautista.
Q. When you said that you recommended that Mr. Moses would be a good fit, did you recommend that he would be a good fit for a specific role?
A. When I spoke with him, it was for the role of sales manager.
Q. Are you aware that Mr. Moses was ultimately hired as a sale manager?
A. Yes.
Q. Were you involved in training Mr. Moses?
A. Yes.
Q. What did that training entail?
A. That entailed the daily operations of sales manager's duty, TOs, opening and closing

procedures, floor walks, coaching.
Q. About how long did that training take?
A. It took a couple of weeks.
Q. Were you aware of Mr. Moses' religious faith?
A. Yes.
Q. What was that?
A. Muslim.
Q. How did you become aware of that?
A. He told me.
Q. Did you ever have any conversations with Mr. Moses about his religious faith?
A. No.
Q. Did you ever have any banter with Mr. --
A. Absolutely not.
MR. HARZ: Let him ask the question and then you answer.
THE WITNESS: Okay.
Q. Did you ever have any banter similar to what you had with Mr. Mansour with Mr. Moses?
A. No.
Q. Did you have a personal relationship with Mr. Moses?
A. No.
Q. I apologize in advance, but did you ever

use the word "nigger" in Mr. Moses' presence?
A. Absolutely not.
Q. Have you ever used that word in Ashley Furniture?
A. Absolutely not.
Q. Are you aware of any complaints that were made about you by Mr. Moses?
A. No.
Q. Are you aware of any complaints that were made about you regarding discrimination or harassment by any Ashley employee?
A. No.
Q. About how long was Mr. Moses employed by Ashley as a sales manager?
A. My recollection, I'd say probably three to four weeks.
Q. What happened at the end of that three- to four-week period?
A. He was demoted to a salesman.
Q. Were you involved in the decision to demote Mr. Moses?
A. Absolutely not.
Q. Who made that decision?
A. It was made by upper management.
Q. Do you know who specifically?

A. I believe it was Jerry Cook.
Q. Were you consulted regarding that decision?
A. No.
Q. Were you informed of the decision?
A. Yes.
Q. After it was made. Who informed you?
A. Jerry Cook.
Q. Did Mr. Cook say why?
A. The numbers were not up to par with the rest of the sales managers in the company.
Q. Did you agree with Mr. Cook's assessment?
A. The facts were the facts. He was non performing.
Q. Were you aware of Mr. Moses' performance problems prior to Mr. Cook bringing the demotion to your attention?
A. Yes.
Q. Did you ever inform anyone at Ashley about Mr. Moses' performance problems?
A. The performance problems were noted. Everyone knew that Mr. Moses was non performing from myself to upper management.
Q. I didn't mean to cut you off.

[Page 42]

Did you ever bring it to anyone's attention specifically?
A. No, I did not.
Q. Did anyone ever ask you about it?
A. Yes.
Q. Who asked you about it?
A. Jerry Cook.
Q. Do you remember when?
A. On and about the time while he was working for us, you know, in that four-week period.
Q. What did Mr. Cook ask you?
A. What was his performance, how was he handling TOs, how was he handling daily walks, how was he handling getting adapted to the floor.
Q. What did you tell Mr. Cook?
A. He was having difficulty.
Q. Was this prior to Mr. Moses' demotion?
A. Yes.
Q. Was there more than one conversation?
A. Not that I can recall, no.
Q. Was this conversation in person?
A. Yes.
Q. Do you remember about how long Mr. Moses continued as a salesman?

[Page 43]

A. I believe it was about two to three weeks.
Q. What happened at the end of that two- to three-week period?
A. He decided that he wanted to leave.
Q. Do you know why he decided he wanted to leave?
A. He said that it was not for him.
Q. Did he say that to you?
A. No, he did not.
Q. Do you know who he said that to?
A. Aazeo Bautista.
Q. How did you become aware of that?
A. This was in a conversation after a meeting in which Mr. Moses fell asleep.
Q. I want to come back to that in a moment, but the conversation with Ms. Bautista, was that in person?
A. No, that was via telephone.
Q. Going back to that meeting, you testified a moment ago Mr. Mansour fell asleep?
A. No, Mr. Moses fell asleep.
Q. Excuse me, that's my fault, Mr. Moses fell asleep. What happened at that meeting?
A. That was, I believe that was an A.M.

[Page 44]

meeting. We had two meetings a day. Every morning we went over the numbers. It was Ra Ra Ra, very up beat meeting for the day, what the goals were.

I was sitting in a chair. Mr. Moses was sitting directly across from me and during the proceedings and the meeting, as I always did, looked at everybody and Mr. Moses was completely asleep.
Q. Did you say anything to Mr. Moses?
A. One of the sales people nudged him to wake up and I instructed him to go into the lunch room and wait for me.
Q. Did he do so?
A. Yes.
Q. Did you approach him in the lunch room?
A. No, I did not. I went into the office and called HR.
Q. Who did you speak with at HR?
A. Aazeo Bautista.
Q. What did you tell Ms. Bautista?
A. That Mr. Moses had fell asleep in a sales meeting.
Q. What did Ms. Bautista say in response?
A. To send him home and she would reach out

[Page 45]

to him.
Q. Did you do so?
A. Yes.
Q. What did you say to Mr. Moses?
A. That he needed to go home and HR would reach out to him.
Q. Did you say that HR had directed you to tell him to go home?
A. Yes.
Q. What did Mr. Moses say in response?
A. Nothing. He got his jacket and he left.
Q. Roughly what time of day was this?
A. This was roughly around 9:30.
Q. Let me be a little more specific. What time of day was the meeting?
A. 9:30 A.M.
Q. What time of day was it that you sent Mr. Moses home?
A. It was probably a half-hour after that, maybe forty-five minutes.
Q. When Ms. Bautista informed you that Mr. Moses was leaving, what time of day was that?
MR. HARZ: Objection to the question. You said she informed him or --

[Page 46]

MR. VALLAS: Informed Mr. Sciarrino.
Q. I believe you said you had a telephone conversation with Ms. Bautista subsequent to this, correct?
A. No, I didn't say that. I had spoken to Ms. Bautista in the morning. I believe the next day I had a conversation with Ms. Bautista.
Q. That was a telephone conversation?
A. Yes.
Q. That was the next day?
A. Yes, I believe so.
Q. Do you remember what time of day that was?
A. Not offhand.
Q. Did Mr. Moses report to work that day?
A. No.
Q. Did you contact Ms. Bautista or did she contact you?
A. I contacted her.
Q. Why did you contact her?
A. To see what was the outcome of it.
Q. When you say it?
A. The outcome of the conversation with Mr. Moses.
Q. Subsequent to his separation from

[Page 47]

Ashley, have you had any conversations with Mr. Moses?
A. No.
Q. Have you tried to reach out to Mr. Moses?
A. No.
Q. Has Mr. Moses tried to reach out to you?
A. No.
MR. VALLAS: Can we go off the record for a moment.
(Whereupon, an off-the-record discussion was held.)
MR. VALLAS: Can I ask you to mark this Sciarrino 2.
(Whereupon, the aforementioned e-mail was marked as Sciarrino Exhibit 2 for identification as of this date by the Reporter.)
Q. Mr. Sciarrino, I'm passing you a document that's been marked Sciarrino 2.
Take a moment to review it. I'll note it's two-sided. Ready? Do you recognize this document, Mr. Sciarrino?
A. It's an e-mail to I believe at the time it was our inventory manager.

[Page 48]

Q. Frank Leopardi (phonetic) was your inventory manager?
A. I believe so, yes.
Q. Do you remember receiving this e-mail?
A. It was so long ago.
MR. HARZ: Listen to the question.
A. Yes.
Q. Who is Edda Montalvo?
A. Edda Montalvo is the decorator.
Q. Who is W. Cadle, C-A-D-L-E?
A. That was the operations manager in the store.
Q. What was his full name?
A. Wayne.
Q. Did you do anything in response to this e-mail?
A. No.
Q. Do you know if these items referenced by Mr. Leopardi were ever located?
A. No.
Q. I just have one last question about this. In his initial e-mail on the second page dated January 16th, he referenced Linda has brought to my attention. Who's Linda?
A. Linda I believe was an inventory control

[Page 49]

person.
Q. When inventory control issues would arise, would you typically investigate?
A. It would typically be handled by the operations manager in the building.
Q. To the best of your knowledge, is that what happened in this case?
A. I believe so, yes.
Q. Were you ever informed of the outcome?
A. No, I was not.
MR. VALLAS: Assuming there are no questions from defense, I have no further questions.
MR. HARZ: I have just one or maybe a few.
EXAMINATION BY
MR. HARZ:
Q. Mr. Sciarrino, you testified, I quote you with regard with Mr. Moses' performance, quote, the numbers were not up to par.
Were Ashley sales managers required to sell product?
A. Yes.
Q. Can you explain that to me?
A. Ashley sales managers would be measured

[Page 50]

on their TO percentage, which is taking the sale from the product specialist and converting it into a sale. They were also from time to time in overflow they would take ups.
MR. HARZ: I have no further questions.
MR. VALLAS: I just have one follow-up question to that.
EXAMINATION BY
MR. VALLAS:
Q. Mr. Sciarrino, were there formal quotas that sales managers would have to meet?
A. Yes.
Q. Were those quotas weekly?
A. Yes.
Q. If a sales manager fell below quotas for a given week, were there steps you would take to improve that manager's performance?
A. Yeah, we put together plans of action to help the sales manager who was below, what they call a black dot or gold star. Those were the weekly quotas.
Q. Would it be fair to say black dot would be the minimum, gold star would be exceeding expectations?

[Page 51]

A. Yes.
Q. Were those plans of action ever reduced to writing?
A. No, they were generally put in verbals and whatnot.
Q. Did you ever have a plan of action developed for Mr. Moses?
A. Mr. -- yes, we sat down. We had several meetings with Mr. Moses in trying to improve his performance.
Q. When you say "we"?
A. Jerry Cook, myself, Aazeo Bautista.
Q. Do you remember about how many?
A. I believe it was two.
Q. Do you remember how soon prior to the demotion those meetings occurred?
A. Those happened probably say three weeks before. Mr. Moses immediately started to, first week in not do very well. We immediately put a plan of action in for him to do very well.
Q. That plan of action was verbal?
A. Yes.
Q. Was Ms. Bautista and Mr. Cook both present at both meetings?
A. Yes.

[Page 52]

MR. VALLAS: No further questions from me.
EXAMINATION BY
MR. HARZ:
Q. Were Mr. Moses' sales below black dot?
A. Yes.
MR. HARZ: No further questions.
MR. VALLAS: Mr. Sciarrino, thank you, very much.
(Whereupon, at 11:23 A.M., the Examination of this Witness was concluded.)

[Page 53]

INDEX OF EXAMINATION

| EXAMINATION BY | PAGE |
|---|---|
| Mr. Vallas | 3, 51 |
| Mr. Harz | 50, 53 |

INDEX TO EXHIBITS

| SCIARRINO EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Affidavit of Salvatore Sciarrino | 28 |
| 2 | E-mail | 48 |

CERTIFICATE OF OFFICER

I, ANNA BUONSANTO, a Notary Public for and within the State of New Jersey, do hereby certify that prior to the commencement of the examination the witness was duly sworn.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee, nor attorney or counsel to any of the involved; that I am neither related to nor employed by such attorney or counsel, and that I am not financially interested in the outcome of the action.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of November 2014.

______________________________

ANNA BUONSANTO
ID No.: 2419040

A

**A-A-Z-E-O** 18:22
**A.M** 1:10 44:25 46:16 53:10
**Aazeo** 18:20 26:22,25 31:20 39:11 44:12 45:20 52:12
**ability** 6:21
**able** 7:2
**Absolutely** 25:19,22 26:2 40:15 41:2,5,22
**accurate** 55:8
**action** 1:4 13:18 51:19 52:2,6 52:20,21 55:17
**actively** 9:21
**adapted** 43:15
**address** 3:9
**advance** 40:25
**advice** 13:23
**affect** 6:21
**Affidavit** 28:19 29:21,22 36:14,17,18 54:8
**Afghanistan** 26:1
**aforementioned** 28:18 48:15
**ago** 19:16 34:8 44:21 49:5
**agree** 42:12
**allegation** 34:12
**allegations** 16:19,22,24 18:8 19:5 29:4 34:10,14,17,25 35:9,25 36:25
**allow** 4:14
**alongside** 19:17 20:1
**Anna** 1:18 55:3,24
**answer** 4:13,18 5:1,22 6:21 7:2 15:1 18:1 19:20 20:19 26:13 34:20 35:6 40:17
**answered** 28:4 30:23
**answering** 35:2
**answers** 4:12 35:1
**anti-discrimination** 11:13
**anybody** 5:14 6:9 10:7 23:8 26:23 27:5
**anyone's** 43:1
**apologize** 36:11 40:25
**appreciate** 35:6
**approach** 45:16
**approval** 37:21,24 38:1
**approximately** 20:14
**ARCHER** 1:16 2:7
**Arias** 38:10
**Ashley** 1:6 3:16,18 7:5,7,10 7:12,22 8:2,7,14 9:20 10:11 11:5,21,23 12:1,4 13:5 14:3 14:19 16:9,18 20:25 21:3,9 21:14 23:8,21 25:17,25 26:8 28:7,10,13 30:11,16,19 37:14 38:9,12,15,18 41:3,11 41:14 42:20 48:1 50:21,25
**Ashley's** 10:9 16:13 20:9
**asked** 28:3 30:20 43:6
**asking** 18:3 34:25 36:8
**asleep** 44:15,21,22,24 45:9,22
**assessment** 42:13
**associate** 22:17 34:3
**assume** 4:18 27:25
**assuming** 27:22 34:16 50:11
**attached** 38:4,8
**attend** 6:18
**attention** 27:20 42:18 43:2 49:24
**attorney** 5:2,7,10,10,18 55:13 55:15
**attorney/client** 5:21
**attorneys** 2:3,8 5:24,24
**authority** 12:22,24 13:2,18
**Avenue** 2:4
**aware** 11:5 17:13,22 18:5 22:23 24:5 27:12 32:13 39:10,18 40:4,9 41:6,9 42:16 44:13

B

**B** 2:10
**back** 16:4 17:6 24:14 25:8,10 26:16,18 44:16,20
**background** 22:24
**banter** 24:16 40:14,19
**basis** 32:3
**Bautista** 18:20,23 19:3 26:22 26:25 27:7,13,21,24 28:1 31:20,22 32:8 39:12 44:12 44:17 45:20,21,24 46:21 47:3,6,7,17 52:12,23
**beat** 45:3
**began** 10:11 21:13
**behavior** 18:9
**believe** 6:17 7:11,15 9:7,25 10:22,25 15:9 18:4 19:24 21:1 28:14 35:21 38:22 39:11 42:1 44:1,25 47:2,6 47:11 48:24 49:3,25 50:8 52:14
**best** 50:6
**Bin** 25:21,23
**birth** 6:12
**black** 51:21,23 53:5
**book** 23:24 24:2
**break** 4:25 5:1 37:7,10
**breaks** 4:23
**bring** 37:19 43:1
**bringing** 9:12,19 42:17
**Brooklyn** 3:10
**brotherly** 24:24
**brothers** 22:14 27:19 34:9 36:5,21
**brought** 16:16,21,25 17:14 27:20 49:24
**building** 19:4 21:19 35:4 50:5
**built** 35:5
**Buonsanto** 1:18 55:3,24
**business** 3:15 7:19 9:18

C

**C** 2:1 3:1 55:1,1,1
**C-A-D-L-E** 49:10
**Cadle** 49:10
**call** 25:8 51:21
**called** 3:1 18:6 24:23 31:11 31:15 32:2 45:18
**calling** 26:3
**captured** 25:21,23
**case** 50:7
**certify** 55:4,7,12
**chair** 45:5
**change** 34:15 36:1
**changed** 34:10,11
**charitable** 23:19
**Chrinian** 23:14,20,24
**christian** 23:5
**Christine** 10:22
**circumstances** 28:12
**Civil** 1:4
**clarification** 11:23
**clarify** 13:4,5 35:7
**clarity** 11:24
**clipping** 38:3
**close** 12:13,15

**closing** 12:8 39:25
**coaching** 40:1
**college** 6:18
**come** 8:7 9:16,17 12:15 44:16
**commencement** 22:2 55:5
**comments** 25:2,3 27:8,14
**company** 42:11
**complain** 27:7
**complained** 27:13,23 28:2
**complaint** 16:6 17:13,17,19 18:5
**complaints** 11:16 14:4,9 16:4 16:10,14 17:6,8 41:6,9
**completely** 4:14 45:8
**computer** 31:8
**concluded** 53:12
**connection** 10:16 11:1
**consider** 36:5,20
**considers** 34:24
**consulted** 42:2
**contact** 31:19 37:2,4 47:17,18 47:20
**contacted** 18:18,23 47:19
**content** 24:20
**context** 25:7
**continue** 35:19,23
**continued** 43:25
**control** 49:25 50:2
**convenience** 3:17
**conversation** 43:20,22 44:14 44:17 47:3,7,8,23
**conversations** 23:9,13,17 25:12 26:7,21 27:2,5 40:11 48:1
**converting** 51:2
**Cook** 9:23 10:10 31:18,21 32:8,21 33:2,8,11 37:25 38:6 39:11 42:1,8,9,17 43:7 43:12,16 52:12,23
**Cook's** 9:24 10:2 42:12
**correct** 20:7,9 47:4
**counsel** 55:13,15
**counter** 31:5
**couple** 10:20 28:24 40:3
**court** 1:1 4:2,8,11 18:21 26:15
**current** 8:9,13
**currently** 7:5,16,17,18
**customer** 12:12,13 29:15 30:12 32:19 37:18 38:9
**customers** 37:15
**cut** 42:25

**D**

**daily** 12:6 32:3 39:24 43:14
**date** 1:9 6:12 15:5 28:11,21 48:17 55:10
**dated** 49:23
**dates** 15:11,17,22,25
**day** 25:23 32:3 36:9 45:1,3 46:12,15,17,22 47:7,10,12 47:15 55:19
**day's** 32:2
**days** 22:7,7
**deal** 12:14
**decided** 44:5,6
**decision** 28:25 39:4,10 41:20 41:23 42:3,5
**decorator** 49:9
**defendant** 1:13 2:8 3:18
**DEFENDANT(s)** 1:7
**defense** 50:12
**delivered** 31:6
**demote** 41:21
**demoted** 41:19
**demotion** 42:17 43:18 52:16
**depend** 22:21
**deposed** 3:22
**deposit** 31:24
**deposition** 1:13 5:12,15 6:10
**describe** 11:19 22:10 37:17
**DESCRIPTION** 54:7
**desk** 31:12
**detector** 25:18
**develop** 22:5
**developed** 22:8 52:7
**different** 13:10
**difficulty** 43:17
**Dina** 30:12
**Direct** 3:15
**directed** 18:15 46:7
**direction** 13:24,25
**directly** 45:6
**director** 10:6 31:16,17
**disagree** 6:7
**discipline** 13:2,4,11,12,21 14:1
**disciplining** 13:6
**discrimination** 11:17 14:5 16:6,11 17:7 41:10
**discussion** 24:14 48:12
**DISTRICT** 1:1,1
**divided** 13:10
**document** 28:24 29:8,12,15 29:17,19,20 30:23 31:1 48:20,23
**documents** 5:19 6:1,3
**doing** 3:15
**dot** 51:21,23 53:5
**duly** 3:2 55:6
**duty** 39:25

**E**

**E** 2:1,1 3:1 55:1,1,1
**e-mail** 48:16,24 49:4,16,22 54:9
**earlier** 20:6
**East** 3:10
**eat** 22:16
**Edda** 49:8,9
**effect** 4:8
**either** 14:11 19:14
**else's** 27:5
**employed** 7:5,7,16,17,18 8:23 30:15 38:23 41:13 55:15
**employee** 13:19 16:5,15 17:14 38:13 41:11 55:13
**employees** 12:17,19,25 13:3,6 14:8 21:9 23:21 26:9
**employment** 7:9 8:5 14:19 15:12,18 16:1
**entail** 10:14 39:23
**entailed** 12:3,5 39:24
**entire** 29:17,19,20
**ESQ** 2:5,10
**evening** 30:9 36:19
**everybody** 45:8
**exact** 15:5 28:11
**exactly** 15:19 20:23 25:13 33:4
**examination** 3:5 50:16 51:9 53:3,11 54:1,2 55:5
**examined** 3:4
**exceeding** 51:24
**Excuse** 11:22 34:23 44:23
**Exhibit** 28:20 48:16 54:7
**EXHIBITS** 54:5

**expectations** 51:25
**explain** 50:24
**explained** 31:9

**F**

**F** 55:1,1,1
**fact** 6:5 21:20 34:12
**Factory** 3:15
**facts** 34:24 35:9 42:14,14
**fair** 27:22 51:23
**faith** 23:1,22 24:19 26:5 40:5 40:12
**familiar** 13:9 29:12 37:6,14 38:9,12
**families** 22:13
**fault** 44:23
**feel** 4:20
**fell** 44:15,21,22,24 45:22 51:16
**Fernando** 14:17,23 15:7
**fielding** 14:4
**filed** 3:14
**final** 13:15 39:4
**financially** 55:16
**find** 31:8,13,25
**fine** 4:17 5:5 37:8,12
**finish** 4:14 34:23 35:3
**fire** 12:24
**FIRM** 2:3
**first** 3:2 8:2,21,22 10:11 13:14 14:14,15 30:8 52:18
**fit** 39:3,14,15
**floor** 26:11 40:1 43:15
**focus** 25:3
**follow** 18:16,25
**follow-up** 51:8
**following** 15:7,14,15,20,21 36:16
**follows** 3:4
**force** 4:7
**foregoing** 55:7
**form** 19:19 20:17 35:18 37:19
**formal** 13:5 51:11
**forth** 25:8,10 55:11
**forty-five** 46:20
**forward** 11:24
**found** 31:10 32:17,20
**four** 41:16
**four-week** 41:18 43:10
**Frank** 49:1
**free** 4:20
**front** 31:11
**full** 49:13
**fully** 6:22 7:3
**fun** 27:10
**funds** 31:25 32:18
**furniture** 1:6 3:16 8:11,12 38:13,16 41:4
**further** 19:7 35:22 50:13 51:5 53:1,7 55:7,12
**Furthermore** 35:10

**G**

**general** 38:18
**generally** 52:4
**gentleman** 15:9,15
**George** 2:5 3:13
**getting** 43:15
**given** 19:1,14 20:8 31:24 51:17
**giving** 4:8
**go** 6:14 14:11 25:8 28:15 32:25 33:9,12 34:1 35:22 45:12 46:5,8 48:9
**goals** 12:6 45:4
**going** 3:17,24 11:24 17:23 29:7 35:5 44:20
**gold** 51:21,24
**good** 3:12 22:8 37:13 39:3,14 39:15
**graduate** 6:16
**GREINER** 1:16 2:7
**guarantees** 37:15
**guinea** 24:23 25:9

**H**

**Hackensack** 1:17 2:9
**half-hour** 32:6 46:19
**hand** 55:19
**handled** 50:4
**handling** 16:10 43:14,14,15
**happened** 41:17 44:3,24 50:7 52:17
**harassed** 14:10
**harassment** 11:2,6,16 14:4 16:6,10 17:6,14 41:11
**Harz** 2:10 5:20 6:1,4 11:21 15:1 17:23 19:19,25 20:16 20:21 26:12 28:3 29:16,19 34:16,23 35:17,23 36:16 37:11 38:17 40:16 46:23 49:6 50:14,17 51:5 53:4,7 54:4
**head** 21:7
**hear** 4:20 7:14
**held** 1:15 48:12
**help** 12:15 51:20
**hereinbefore** 55:10
**hereunto** 55:18
**high** 6:14,16
**highjacker** 25:9
**hire** 12:22 25:25
**hired** 39:19
**hiring** 38:24 39:4,8
**hold** 7:25 8:4
**home** 1:6 3:16 45:25 46:5,8 46:18
**Hong** 17:15
**hour** 32:6
**hours** 10:20
**HR** 10:17,25 13:20,23 14:11 16:8,14,22,25,25 17:7 18:15 18:18 31:15,19 33:19 45:18 45:19 46:5,7
**Huffman** 7:24
**hundred** 16:2
**husband** 30:13

**I**

**ID** 55:24
**identification** 28:21 48:17
**immediately** 52:18,19
**impermissible** 35:13
**improper** 18:8
**improve** 51:18 52:9
**INDEX** 54:1,5
**inform** 42:20
**informal** 4:7
**information** 32:7
**informed** 32:22,24 42:5,7 46:21,24 47:1 50:9
**initial** 49:22
**input** 13:23
**inside** 31:7
**install** 25:18
**instructed** 45:12

**instruction** 11:2
**interested** 5:25 55:16
**INTERNATIONAL** 1:14 2:8
**Interruption** 9:9
**interview** 10:7
**interviewed** 9:22 10:2 38:25
**inventory** 48:25 49:2,25 50:2
**investigate** 50:3
**investigating** 16:19
**investigation** 17:1,4,8,11 19:8,11 29:3 32:11,14,23
**investigations** 33:20
**involved** 12:11 18:15 28:25 29:3 32:10 38:24 39:9,21 41:20 55:14
**issues** 3:25 50:2
**items** 49:18

**J**

**jacket** 46:11
**Jacqueline** 30:10
**January** 30:10,18 35:25 36:4 36:13,19,19,24 49:23
**Jerry** 9:23 31:18 33:2 37:25 39:11 42:1,8 43:7 52:12
**Jersey** 1:1,17,19 2:9 3:3 55:4
**job** 10:9 11:25
**joining** 7:22
**joke** 27:11
**joked** 24:24 25:10 26:22
**jokes** 24:18
**joking** 25:6,12 26:4

**K**

**keep** 34:25
**kept** 32:3
**kids** 22:15
**knew** 42:23
**know** 5:9 9:24 10:2 15:1,2,3 17:19 18:23 19:6,10,21 22:1 22:21 23:3 24:8,12 26:10 27:16 28:8,11,14 29:9 30:18 32:20 37:10 39:6 41:25 43:10 44:6,11 49:18
**knowledge** 50:6
**known** 8:19
**Koos** 7:24

**L**

**L** 3:1
**Laden** 25:21,23
**lasted** 10:19
**launch** 17:1,7
**law** 4:9
**lawsuit** 3:14
**leave** 9:17 15:4 44:5,7
**leaving** 46:22
**led** 29:4
**left** 15:6 46:11
**Leopardi** 49:1,19
**levels** 13:11,12,13
**Levitz** 8:8,11,17 9:13,17
**Linda** 49:23,24,25
**Listen** 26:12 49:6
**little** 34:8 46:14
**LLC** 1:14 2:8 3:15
**located** 49:19
**location** 21:3
**long** 4:23 7:25 8:19 10:19 14:23 19:18,22 32:5 38:2,7 38:7 40:2 41:13 43:24 49:5
**look** 32:2
**looked** 31:7,12 45:8
**lot** 27:19
**lunch** 45:12,16

**M**

**Main** 1:16 2:9
**maintains** 11:6
**making** 24:2
**management** 8:9,14 16:17 39:7 41:24 42:24
**manager** 7:24 8:3 9:1 10:25 11:20 12:4,14,16 13:17 14:3 14:12,13,22,23 15:8,12,18 16:1,8,14,18 19:17,23 20:12 20:25 21:13,15,21 22:2,5 38:20 39:17,19 41:14 48:25 49:2,11 50:5 51:16,20
**manager's** 39:25 51:18
**managerial** 21:10
**managers** 14:20 20:8 21:8 27:18 42:11 50:21,25 51:12
**manner** 25:6
**Mansour** 1:2 2:4,14 3:13 15:23 17:21 18:6,13 19:1,17 19:23 20:11,24 21:12,17,24 22:1,17 24:8,15,16,19,21 25:4,14,20,24 26:3,8 27:8 27:12,23 28:2,7 29:1 30:15 30:19,24 31:24 32:18,24 33:8,11,22 34:9 36:2,5,21 36:23 37:2 40:20 44:21
**Mansour's** 16:1 22:23 24:5 25:1 28:13 29:5
**mark** 1:2 3:14 8:16 28:16 38:13,15,20 48:13
**marked** 28:20 29:8 48:16,20
**match** 37:18,20
**matches** 37:23
**matching** 37:15
**matter** 17:24 33:20
**mean** 13:4 14:6 20:1,2,4 42:25
**means** 5:13 19:21
**measured** 50:25
**medication** 6:20
**meet** 5:14,17 8:21 51:12
**meeting** 30:14 31:2,4,14,15 33:5,9 44:15,20,24 45:1,3,7 45:23 46:15
**meetings** 12:6 22:16 45:1 52:9,16,24
**met** 5:16 30:11 36:13
**metal** 25:18
**Mindy** 17:15
**minimum** 51:24
**minutes** 46:20
**mistake** 36:12
**mobster** 24:23
**Mohammed** 1:2 2:14 3:13 15:21,23,23 38:23
**moment** 16:24 19:16 25:2 44:16,21 48:10,21
**Montalvo** 49:8,9
**months** 21:2
**morning** 3:12 45:2 47:6
**Moses** 1:2 3:14 38:13,15,20 38:24,25 39:5,14,18,21 40:4 40:12,20,23 41:1,7,13,21 42:16,21,23 43:18,24 44:15 44:22,23 45:5,8,10,22 46:4 46:10,18,22 47:15,24 48:2,5 48:7 50:19 52:7,9,18 53:5
**motivating** 12:5
**move** 19:15
**Moving** 16:4 17:6 24:14

**Muslim** 23:2,5 40:8
**Muslims** 25:25

**N**

**N** 2:1 3:1
**name** 3:7,12 10:22 14:18
    15:16 49:13
**named** 15:9 17:14 30:12
    38:10,13
**national** 24:5
**nature** 22:10
**need** 37:7,21
**needed** 46:5
**Neil** 15:16,20,21
**Neil's** 15:17
**neither** 55:12,14
**never** 27:3,15,16,20,23,23
    28:2,5,6
**new** 1:1,17,19 2:5,5,9 3:3,10
    19:15 55:4
**newspaper** 38:3
**nigger** 41:1
**ninety** 22:7,7
**non** 16:14 42:14,23
**Notary** 1:18 3:3 30:3 55:3
**note** 5:20 48:21
**noted** 35:21 42:22
**November** 1:9 55:19
**nudged** 45:11
**numbers** 42:10 45:2 50:20

**O**

**O** 3:1,1 55:1
**oath** 4:4
**object** 17:23 19:25 35:18
**objection** 5:20 19:19 20:16
    35:12,20 46:23
**occurred** 52:16
**off-the-record** 48:11
**offered** 10:9
**offers** 37:15
**offhand** 47:14
**office** 26:22 45:17
**offices** 1:16
**okay** 3:19,20 4:16,21 5:4 9:11
    12:2 29:25 40:18
**once** 16:25
**open** 22:12
**opening** 12:8 39:25

**operations** 9:8 39:24 49:11
    50:5
**option** 19:14
**orientation** 10:12 11:10
**origin** 24:6
**other's** 22:13,15
**OTTINGER** 2:3
**outcome** 19:10 32:13,16,17
    32:22 47:21,23 50:9 55:17
**overflow** 51:4
**overseeing** 12:7

**P**

**P** 2:1,1
**P.C** 1:16 2:3,7
**page** 29:24 30:8 49:22 54:2,7
**Palestine** 24:11
**paperwork** 32:4
**par** 42:10 50:20
**paragraph** 30:9 36:18
**Paramus** 21:2,4
**Park** 2:4
**Pascaretta** 10:23
**pass** 28:23 29:7
**passing** 48:19
**payment** 31:8,9
**payments** 31:12,13
**pending** 5:1
**people** 4:15 34:3 45:11
**percent** 16:3
**percentage** 51:1
**performance** 42:16,21,22
    43:13 50:19 51:18 52:10
**performing** 42:15,23
**period** 10:15,16 41:18 43:11
    44:4
**person** 43:22 44:18 50:1
**personal** 21:23 22:5 40:22
**phone** 38:2
**phonetic** 10:23 49:1
**physically** 20:2
**place** 55:10
**Plaintiff** 1:15 2:3
**PLAINTIFF(s)** 1:3
**plan** 52:6,20,21
**plans** 12:7 51:19 52:2
**please** 3:7 4:20 26:13 35:3
**pocketed** 32:18
**policies** 10:17 11:2,13 16:13

37:18
**policy** 11:6 37:14
**poor** 14:7
**portion** 10:18
**position** 7:23,25 8:2,4
**possible** 13:16
**postcard** 38:3
**preliminary** 3:25
**premise** 35:15
**prepare** 5:11,13
**presence** 26:8 27:5 41:1
**present** 2:13 52:24
**president** 9:7
**presumption** 34:19 35:3,5
**previous** 7:23
**previously** 8:8
**price** 37:15,18,20,23
**print** 37:19
**prior** 7:22 22:1 34:14 36:1
    42:17 43:18 52:15 55:5
**privilege** 5:3,21
**privileged** 6:3
**privy** 19:6 33:19
**Probable** 8:20
**probably** 41:15 46:19 52:17
**probe** 28:4
**problem** 27:3 28:6 35:14
**problems** 42:17,21,22
**procedures** 13:6,10 40:1
**proceedings** 45:7
**process** 10:12
**product** 6:5,6 50:22 51:2
**prohibiting** 11:6
**propriety** 27:1
**Public** 1:18 3:3 30:3 55:3
**pull** 32:4
**purpose** 13:22
**put** 51:19 52:4,19
**putting** 34:19

**Q**

**question** 4:14,18,20 5:1 6:8
    11:4,25 14:7 18:2,4 19:20
    19:25 20:17,22 24:7,17
    26:12,13,14,16,17 34:13,18
    35:2,4,7,15 36:7 40:16
    46:24 49:6,21 51:8
**questions** 4:12 6:22 7:2 28:24
    35:18 50:12,13 51:6 53:1,7

**quite** 22:22
**quotas** 51:11,14,16,22
**quote** 50:18,20

**R**

**R** 2:1 3:1,1,1 55:1,1
**Ra** 45:2,2,3
**raise** 35:16
**raised** 34:14 35:25
**RAMON** 2:4
**Ramona** 38:10
**rapport** 22:8
**reach** 13:20 45:25 46:6 48:4 48:7
**reaching** 13:22
**read** 26:16,18
**reads** 30:9
**ready** 29:10,11 48:22
**really** 14:25 22:21 37:9
**reason** 7:1
**recall** 14:17 15:5 25:13 26:24 30:20 43:21
**receipt** 31:23
**receive** 10:17 11:2,12,15 16:9 21:8
**receiving** 49:4
**recognize** 48:22
**recollection** 30:24 31:13 41:15
**recommend** 39:14
**recommendation** 39:1,2
**recommendations** 23:25 24:3
**recommended** 39:13
**record** 3:7 17:25 32:3 48:10
**recruited** 9:16,21
**reduced** 52:2
**refer** 3:18 24:21 25:4,14
**reference** 23:18
**referenced** 49:18,23
**referencing** 15:23
**referred-to** 26:17
**referring** 8:15 20:19 23:10
**refresh** 30:23
**regard** 50:19
**regarding** 41:10 42:2
**related** 55:14
**relates** 5:21
**relationship** 21:23 22:6,11,12 24:25 33:24,25 34:15 36:2 40:22
**relative** 55:13
**relevance** 17:24
**religion** 23:6,7,14 24:15,16
**religious** 22:23 23:22 24:19 26:5 40:4,12
**remarks** 26:4
**remember** 10:19,21,24 15:7 15:11,17,22,25 18:10,19 19:2,18,22 20:14,24 21:6 28:9,12 33:3 38:21 43:8,24 47:12 49:4 52:13,15
**rephrase** 4:21 30:22 34:13,18
**report** 11:16 18:25 19:4 47:15
**Reporter** 4:2,11 18:21 26:16 26:18 28:22 48:18
**reporting** 12:6
**represent** 3:13
**represented** 5:7
**required** 50:21
**respond** 16:7
**response** 18:14 32:1 45:24 46:10 49:15
**responsibilities** 11:25 21:18
**responsibility** 21:17
**responsible** 14:4,6 16:19
**rest** 42:11
**retaliated** 14:10
**return** 25:1
**review** 5:19 48:21
**reviewing** 29:9
**right** 25:2 34:1 35:17,22 36:15 38:22
**role** 8:25 9:6,12,19 11:19 12:3,5 17:3,10 19:7 22:2 38:15 39:15,17
**room** 45:13,16
**roughly** 9:4 12:20,21 46:12 46:13

**S**

**S** 2:1 3:1,1
**sake** 3:17 4:12 11:23
**sale** 12:15 31:5,7 38:4 39:19 51:1,3
**sales** 7:24 8:3 9:1 10:6 11:20 12:4,6,14,16 13:17 14:3,12 14:13,20,23 15:8,12,18 16:1 16:18 19:17,22 20:8,11,25 21:8,11,13,15,21 22:2,5 27:18 31:16,17 38:20 39:17 39:25 41:14 42:11 45:11,23 50:21,25 51:12,16,20 53:5
**salesman** 21:1,3 41:19 43:25
**salespeople** 12:7
**salesperson** 12:12
**Salvatore** 1:15 3:8 28:19 54:8
**sanity** 4:13
**sat** 52:8
**says** 31:1 34:24
**school** 6:14,16
**Sciarrino** 1:15 3:8,12,21 5:22 6:20 18:1 20:7 28:17,19,20 28:23 29:8,8 30:15 35:14,24 37:7 47:1 48:14,16,19,20,23 50:18 51:11 53:8 54:6,8
**Scott** 8:16,19,21,23 9:12
**Scott's** 9:6,19
**Seaman's** 8:22,23,25 9:2,6
**Secaucus** 3:15
**second** 13:15 30:9 49:22
**section** 11:8
**see** 12:15 18:16 47:21
**seen** 29:13
**sell** 50:22
**selling** 14:22
**send** 45:25
**senior** 21:15,21
**sent** 46:17
**separate** 7:12 21:8,9
**separated** 28:9
**separation** 13:16 28:13 47:25
**set** 55:10,18
**setting** 4:7
**settings** 22:18
**SHOPPES** 1:14 2:8
**short** 13:6
**showed** 6:1
**showroom** 26:11
**sick** 6:24
**side** 34:5
**signature** 30:1
**signed** 30:3 31:23
**significance** 21:20
**similar** 40:19
**simultaneously** 20:12
**sitting** 45:5,6

**six** 21:2
**sixty** 22:7
**slightly** 4:6
**social** 22:18
**Song** 19:14
**soon** 22:4 52:15
**sorry** 11:3 29:16 36:6
**sorts** 25:12 27:1
**South** 2:4
**speak** 6:9 23:7 26:25 36:23 45:19
**speaking** 23:21 35:12
**specialist** 51:2
**specific** 33:14 39:15 46:14
**specifically** 18:11 23:11 26:20 39:9 41:25 43:2
**specify** 12:1
**spoke** 22:13,15 23:4,5 27:19 39:16
**spoken** 47:5
**star** 51:21,24
**started** 14:14,15 20:15,18,20 20:23,24 22:4 38:20 52:18
**state** 1:19 3:3,7 55:4
**statements** 30:6
**STATES** 1:1
**stay** 19:14
**steal** 34:4
**stenographically** 55:9
**steps** 51:17
**STEVEN** 2:10
**Sticking** 16:24
**store** 1:6 3:16 8:11,12 12:8 19:15,15 26:10 30:11 49:12
**story** 34:6
**Street** 1:17 2:9 3:10
**stuff** 33:20
**submit** 38:5
**subsequent** 32:10 47:3,25
**substance** 23:16
**suggest** 25:17
**supervise** 12:16,19
**supervision** 14:8 16:5
**supervisor** 21:12
**supervisory** 21:16
**sure** 16:3 37:11
**suspicions** 16:23
**swearing** 30:5
**sworn** 3:2 4:2 55:6

**T**

**T** 3:1 55:1,1
**take** 4:11,23,25 13:18 16:8 29:8 32:5 37:7,10 40:2 48:21 51:4,17
**taken** 1:15 55:9
**takes** 12:12
**Taliban** 25:15
**talk** 5:2
**talking** 4:15 29:17 38:17
**talks** 12:13
**team** 12:5
**telephone** 44:19 47:2,8
**tell** 5:23 12:3 28:1 29:14 31:21 43:16 45:21 46:8
**terminate** 28:25 33:25
**terminated** 30:19,25 33:23
**termination** 13:7 29:5
**terms** 14:6
**terrorist** 24:22 25:5 26:4
**testified** 3:4 19:16 20:6 34:8 44:21 50:18
**testifying** 34:22 35:11
**testimony** 4:4 55:8
**thank** 53:8
**theft** 16:20,21,25 28:15 29:4 33:13
**thing** 4:24
**things** 27:19
**think** 6:2 7:1 10:20 20:6 30:22 34:21 35:10,11
**thinks** 34:17
**thirty** 12:21
**thought** 39:3
**three** 13:12 14:21 41:15,17 44:1 52:17
**three-week** 44:4
**time** 1:10 7:7 10:1 14:21 20:3 20:5,8,11 29:9 30:14 34:10 35:24 36:1,24 38:22 43:9 46:12,15,17,22 47:12 48:24 51:3,3 55:10
**times** 22:22
**title** 9:24 10:2,24
**today** 4:4 5:7,11 6:21,24
**today's** 5:12,14 6:10
**told** 5:23,24 24:13 33:1 40:10
**top** 21:7
**TOs** 12:7 39:25 43:14
**touch** 33:21
**trained** 11:9
**training** 10:15,16,17,21 11:1 11:12,15 16:9,12 21:9,10 39:21,23 40:2
**transcribe** 4:15
**transcript** 55:8
**tried** 48:4,7
**true** 14:1 55:8
**truth** 30:5
**truthfully** 6:22 7:3
**try** 37:2,4
**trying** 31:8 52:9
**turn** 29:24 30:8 31:12 32:7
**turning** 26:1
**turnover** 12:10,11
**twelve** 8:20
**two** 8:1 9:5 14:20 20:8 44:1,3 45:1 52:14
**two-sided** 48:22
**two-week** 10:15 16:12
**type** 13:21 16:21
**typically** 50:3,4

**U**

**ultimately** 39:19
**understand** 4:1,19 5:6 11:3 20:18,21 24:7,17 36:6
**understood** 4:19
**UNITED** 1:1
**upper** 8:9,13 16:16 39:7 41:24 42:24
**ups** 51:4
**upset** 25:20
**use** 41:1
**useful** 11:22

**V**

**V** 3:1
**Vallas** 2:5 3:6,13 6:2,7 18:21 20:4 26:15 28:16 29:18 34:21 35:8,20 38:19 47:1 48:9,13 50:11 51:7,10 53:1 53:8 54:3
**verbal** 13:14,18 14:1 52:21
**verbals** 52:4
**vice** 9:7
**Victor** 15:10,14,15

**Victor's** 15:11

**W**

**W** 49:10
**wait** 45:13
**wake** 45:12
**walks** 40:1 43:14
**want** 5:2,9 9:10 25:1 44:16
**wanted** 31:5 44:5,6
**warn** 27:4
**wasn't** 19:4
**Wayne** 49:14
**We'll** 6:7
**week** 51:17 52:19
**weekly** 51:14,22
**weeks** 40:3 41:16 44:2 52:17
**went** 9:18 22:16,16 45:2,17
**West** 1:17 2:9
**whatnot** 52:5
**WHEREOF** 55:18
**Wing** 1:17 2:9
**wiseguy** 25:9
**withdraw** 6:8 10:1
**witness** 1:14 3:2 23:20 24:2
   29:7 35:11 37:12 40:18
   53:11 55:6,18
**witnessed** 26:20
**word** 41:1,3
**work** 6:5,6 8:7,17 9:2,16
   23:19 28:7 47:15
**worked** 8:8,9,14,22
**working** 10:11 20:25 21:13
   22:4 43:10
**workplace** 11:7 14:10
**works** 37:17
**wouldn't** 15:3
**Wright** 30:10 31:6,7
**writing** 52:3
**written** 13:15

**X**

**X** 1:2,8

**Y**

**Yeah** 51:19
**year** 21:6 36:7
**years** 8:1,20 9:2,5
**York** 2:5,5 3:11
**Yousef** 30:12

**Yousef's** 30:12 36:13
**Yousefs** 31:2,4,9 33:6,9

**Z**

**0**

**07601** 1:17 2:9

**1**

**1** 28:17,20 29:8 54:8
**1:13-cv-02443** 1:4
**10:14** 1:10
**10016** 2:5
**11:23** 53:10
**11234** 3:11
**14** 1:9
**14th** 55:19
**16th** 49:23
**17th** 36:4,20
**18th** 30:10,18 35:25 36:14,19
   36:24
**1968** 6:13
**1987** 6:17

**2**

**2** 36:18 48:14,16,20 54:9
**2000** 9:3,4
**2009** 8:18
**2010** 7:11 14:16
**2012** 30:10 31:1 35:25 36:4
   36:10,14,19,20,24
**2013** 7:13,15,20 36:10,11
**2014** 1:9 55:19
**2071** 3:10
**21** 1:16 2:9
**2419040** 55:24
**28** 54:8

**3**

**3** 29:24 54:3

**4**

**401** 2:4
**48** 54:9

**5**

**5/1** 6:13
**50** 54:4
**51** 54:3
**53** 54:4

**6**

**7**

**72nd** 3:10

**8**

**9**