## **EXHIBIT J**

**Police Report**

# POLICE DEPARTMENT
## Secaucus, New Jersey
### VOLUNTARY STATEMENT

CASE NO. 12-1186

I, Azzel A Bautista, Human Resources Mgr.  Age: 40

Address: 925 Patterson Plank Rd Secaucus NJ

Date: 02/20/2012  Time: 1020  Tel #: 201-510-0634

give this true and voluntary statement and make the following facts known of my own free will:

On 1/18/2012 our customer care rep received a called from a customer named Dina Yousef following up on a delivery date. She did not receive. The customer care rep then search in our system for the invoices, however no invoice(s) were located/found (#729370 & #730830). The customers then personally came into our Secaucus location and provided us with two invoices demanding answers this occurred on the same date 1/18/2012 at about 8:10 pm. Jerry Cook, Director of sales contacted Mr & Mrs Yousef to arrange a meeting which was scheduled on 1/19/2012 @ 4:00pm at our Secaucus location. At this meeting we learned Mr. Mohammed Manson had conducted a cash transaction with Mrs Yousef on 1/2/2012 on that date she handed him $500.00 in cash. Then on 1/7/2012 Mr & Mrs Yousef came back into the store and handed Mr Manson $3,069.48 to complete their payment and where told by "Mr Manson" will call them with a delivery date, which did not happen. Furthermore, Mr. Yousef then told us Mr Manson reached out them to arrange a meeting in order for him to return their money. Mr Yousef told him why don't ya pay the money to Ashley Furniture, which Mr Manson replied I don't want to deal with them. We satified the customer's complaint by delivering the pieces on factious invoices Mr. Manson created them deleted out of the system. Mr. & Mrs. Yousef then filed a complaint also with the Secaucus Police Department.

I have read each page of this statement consisting of ___ page(s). Knowing that any false statements made herein are punishable by law, I certify that the facts contained herein are true and correct.

Witness: [signature]  Signature of person giving voluntary statement: Azzel A Bautista

Signature of officer taking statement: [signature]  Date and time of signature: 02/20/2012 1110hrs

Page 1 of 1 Pages