

**Archer&Greiner** P.C.
ATTORNEYS AT LAW

Michael S. Horn
*Member of New Jersey and New York Bar*
mhorn@archerlaw.com
201-498-8529 Direct

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

March 2, 2015

**VIA ECF**
Honorable Steven Mannion, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: *Mohammad Mansour and Mark Moses vs. Factory Direct of Secaucus, LLC d/b/a Ashley Furniture HomeStore*
     Civil Action No. 13-cv-2443-SDW-SCM

Dear Judge Mannion:

  We represent defendant Factory Direct of Secaucus, LLC d/b/a Ashley Furniture HomeStore. As Your Honor may be aware the Court issued an Order on 10/20/2014 setting forth the following briefing schedule: Summary Judgment brief filed by 1/30/15; Opposition by 2/13/2015 and reply by 2/20/2015. Thereafter Plaintiff sought an automatic extension of the return date which should result in the pending motion becoming returnable on March 16, 2015 rendering the reply due on March 9, 2015. However, Pacer still indicates that the return date is March 2, 2015 despite the fact that we only received the opposition on Friday.

  We respectfully request that the Court enter an Order clarifying that the return date is March 16, 2015 and the reply is due March 9, 2015.

  Thank you.

**SO ORDERED**
s/Steven C. Mannion
**Steven C. Mannion, U.S.M.J.**
Date: 3/3/2015

         Respectfully,

         ARCHER & GREINER
         A Professional Corporation

         By: /s/ *Michael S. Horn*

cc: Counsel of Record