IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMMAD MANSOUR and MARK MOSES,<br><br>Plaintiffs,<br><br>v.<br><br>FACTORY DIRECT OF SECAUCUS, LLC d/b/a ASHLEY FURNITURE HOMESTORE,<br><br>Defendants. | ECF CASE<br><br>Civil Action No. 13-cv-2443-SDW-SCM<br><br>**REPLY DECLARATION OF MICHAEL S. HORN** |

I, Michael S. Horn, declare under penalty of perjury pursuant to 28 U.S.C. § 1745 as follows:

1. I am a partner in the law firm of Archer & Greiner, P.C., which represents defendant Factory Direct of Secaucus, LLC d/b/a Ashley Furniture Homestore ("Defendant") in this action. I have personal knowledge of the facts and circumstances set forth herein.

2. I make this reply declaration in further support of Defendant's motion for summary judgment.

3. A true and correct copy of the deposition transcript of Aazel Bautista is annexed hereto as Exhibit 1.

4. A true and correct copy of *Walton v. Mental Health Association of Southeastern PA*, 1997 U.S. Dist. LEXIS 18224, 1997 WL 717053 (E.D.Pa.1997), aff'd 168 F.3d 661 (3d Cir. 1999) is annexed hereto as Exhibit 2.

5. A true and correct copy of *Gibson v. Sharon Reg'l Hosp. Sys.*, 2011 U.S. Dist. LEXIS 27941 (W.D. Pa. Mar. 18, 2011) is annexed hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct

Dated: March 9, 2015            **ARCHER & GREINER, P.C.**

                                               /s/ Michael S. Horn
                                               Michael S. Horn
                                               Court Plaza South - West Wing
                                               21 Main Street, Suite 353
                                               Hackensack, New Jersey 07601
                                               Phone: (201) 342-6000
                                               Fax: (201) 342-6611
                                               Email: mhorn@archerlaw.com