<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MOHOMMAD MANSOUR and MARK MOSES, | Civil Action No. 13-2443 |
| Plaintiffs, | |
| | **ORDER** |
| v. | |
| Factory Direct of Secaucus, | March 31, 2015 |
| Defendant. | |

**WIGENTON**, District Judge.

      Before this Court is a Motion for Summary Judgment by Defendant Factory Direct of Secaucus ("Defendant").

      For the reasons set forth by this Court on the record on March 31, 2015, the Motion for Summary Judgment is **DENIED**. Defendant's request to sever the case for the purposes of trial is also **DENIED** in the interest of judicial economy, and as the issues for both Plaintiffs involve many of the same witnesses, claims, and time frame.

      **SO ORDERED**.

                                                       <u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig:  Clerk
cc:     Parties