

**George D. Vallas**
george@ottingerlaw.com

May 15, 2015

<u>BY ECF</u>

The Hon. Steven C. Mannion
United States Magistrate Judge
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

        Re: <u>Mansour, et al. v. Factory Direct of Secaucus, LLC</u>
              Case No. 13-cv-2443 (DMC)(JBC)

Dear Judge Mannion:

We represent Plaintiffs Mohammed Mansour and Mark Moses in the above-referenced action. We write on behalf of both parties further to our letter dated May 8, 2015 requesting an adjournment of the settlement conference to inform the Court that all parties are available on July 21, 2015.

We appreciate Your Honor's involvement in this matter. Please do not hesitate to contact us should Your Honor require any further information.

Respectfully submitted,

George Vallas

cc: Michael Horn, Esq. (by email and ECF)

*Handwritten note:* Settlement Cnf ordered by D.E. 48 will be held on 7/21/15 at 2pm. All other provisions of D.E. 48 apply.

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 5/18/15